# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Miroslav Ivanov<br>Sv. Trioca Building 132<br>Entrance V Apartment 52<br>Sofia, Bulgaria 1309 | : <br> : <br> : <br> : **CIVIL ACTION No.** |
| and | : <br> : |
| Veselin Ivanov<br>Druzba 2, Building 214<br>Entrance B Apartment 29<br>Sofia, Bulgaria 1582 | : <br> : <br> : <br> : **Complaint**<br> : **Jury Trial Demanded** |
| Plaintiffs,<br>v. | : <br> : <br> : |
| Sunset Pools Management, Inc.<br>1745 Pennsylvania Avenue, NW Suite 201<br>Washington, DC 20006 | : <br> : <br> : |
| and | : <br> : |
| Bita Naderi,<br>c/o Sunset Pools Management, Inc.<br>1745 Pennsylvania Avenue, NW Suite 201<br>Washington, DC 20006 | : <br> : <br> : <br> : |
| and | : <br> : |
| Arash Naderi,<br>c/o Sunset Pools Management, Inc.<br>1745 Pennsylvania Avenue, NW Suite 201<br>Washington, DC 20006 | : <br> : <br> : <br> : |
| and | : <br> : |
| International Training and Exchange, Inc.<br>600 California Street, FL 10<br>San Francisco, CA 94108 | : <br> : <br> : |
| Defendants. | : <br> : |

## INTRODUCTION

1.      Plaintiffs Miroslav Ivanov and Veselin Ivanov bring this Complaint for

unpaid wages, fraud and civil conspiracy. The claims for fraud and civil conspiracy are

brought on behalf of themselves while the claim for unpaid wages is brought on behalf of

themselves and other similarly situated employees of Defendant Sunset Pools, Inc

("Sunset") pursuant to 29 U.S.C. § 216(b). Defendant Sunset is in the business of, *inter-*

*alia*, servicing and maintaining swimming pools for established institutions including

prestigious hotels in the Metropolitan Washington, DC area. Sunset, in conjunction with

Defendant International Training and Exchange, Inc.(Intrax) and Sunset owners Bita and

Arash Naderi, knowingly recruited plaintiffs on false pretenses from their Bulgarian

homeland to work in the United States. In doing so, said Defendants knowingly made

false representations regarding accommodations that were a condition of employment.

Defendants intended for Plaintiffs to rely upon their false representations or failure to

make full disclosure regarding the conditions by which Plaintiffs would be housed during

their employment in the United States.

2.      Specifically, during their stay in the United States, Defendant Sunset

housed Plaintiffs of both genders in shared quarters with five workers to a small room;

sleeping side by side on mattresses on the floor; and sharing the same bathroom. Those

encompassed by this Complaint were charged by the Defendant for their

accommodations and for furniture rental. Housing in quarters provided by Defendant

Sunset was a condition of employment and thus their stay in the United States.

3.      While those encompassed by this Complaint worked over 60 hours a

week; they were not paid over-time compensation at a rate of time and one half as

provided by 29 U.S.C. § 207(a)(2)(C). Plaintiffs, and those encompassed by this

Complaint seek unpaid overtime pay and liquidated damages of two times back pay, plus

their reasonable costs and attorneys fees as provided by 29 U.S.C. §216(b).

### JURISDICTION

4.    This Court has jurisdiction over this matter pursuant to 29 U.S.C. § 1331

(federal question jurisdiction); 29 U.S.C. § 216(b) (jurisdiction under the Fair Labor

Standards Act); and 28 U.S.C. § 1332 (Diversity of Citizenship.) This Court has

supplemental jurisdiction over the claims for civil fraud and conspiracy.

### VENUE

5.    Venue is proper in the District of Columbia as the causes of action alleged

herein arose in the District of Columbia; plaintiffs resided in the District of Columbia

when these events occurred and Defendant Sunset maintains a principal place of business

in the District of Columbia. In addition Defendant Intrax recruited those encompassed by

this Complaint for work in the District of Columbia.

### PARTIES

6.    Plaintiff Miroslav Ivanov was recruited by Defendant Intrax for

employment by Sunset Pools during the period May 24, 2006 to October 20, 2006. While

he worked significant hours in excess of forty hours per week, Plaintiff Ivanov was not

accorded overtime compensation as provided by law. Plaintiff Ivanov lives at Sv. Troica,

Building 132, Entrance V, Apartment 52, Sofia, Bulgaria 1309.

7.    Plaintiff Veselin Ivanov was recruited by Defendant Intrax for

employment by Sunset Pools during the period May 24, 2006 to October 20, 2006. While

he worked significant hours in excess of forty hours per week, Plaintiff Ivanov was not

accorded overtime compensation as provided by law. Plaintiff Ivanov lives at Druzba 2, Building 214, Entrance B, Apartment 29, Sofia, Bulgaria 1582.

8.    Defendant Intrax is an employer as defined by 29 U.S.C. § 203(d) in that it acts directly or indirectly in the interest of employers including but not limited to Defendant Sunset. Defendant Intrax specifically recruited those encompassed by this Complaint to work in the District of Columbia and surrounding environs.

9.    Defendant Sunset Pools maintains a principal place of business at 1745 Pennsylvania Avenue, NW, Suite 201, Washington, DC 20006. Sunset represents itself as offering comprehensive swimming pool maintenance.

10.    Defendant Bita Naderi is the President of Sunset Pools and along with Arash Naderi is one of two shareholders in the company. Defendant Bita Naderi at all times was aware of and sanctioned or orchestrated the unlawful conduct alleged herein. Defendant Bita Naderi is an employer as defined by 29 U.S.C. §203(d) in that she acts directly or indirectly in the interests of employers.

11.    Defendant Arash Naderi, along with Bita Naderi is one of two sole shareholders of the company. Defendant Arash Naderi at all times was aware of and sanctioned or orchestrated the unlawful conduct alleged herein. Defendant Arash Naderi is an employer as defined by 29 U.S.C. §203(d) in that he acts directly or indirectly in the interests of employers.

## FACTUAL ALLEGATIONS

12.    Defendant Intrax induces and/or induced Bulgarian and other foreign citizens to come to the United States to work for Sunset and other similar employers. Defendant Intrax is a statutory employer as defined by § 29 U.S.C. 203(d).

13.    In an effort to induce potential employees to come to the U.S. where they are subjected to sub-standard conditions, Defendant Intrax promises what amounts to a vacation like atmosphere as described in Exhibit 1 attached hereto, which is Defendant Sunset's brochure.

14.    Defendants informed Plaintiffs and those encompassed by this Complaint that they would be in "shared" living quarters, specifically stating that the housing was in a "dorm like" setting, implying conditions accorded college students housed in dormitories. Defendants knew at the time of their representations that the housing was not in a dorm like setting in that Plaintiffs were made to sleep on mattresses on the floor, rather than beds, and were housed in cramped quarters with five workers to a single room. Plaintiffs' acceptance of these conditions – and rent of $300 per month paid to Defendant Sunset – was a condition of employment.

15.    Upon their arrival in this country, after being induced to travel here by Intrax, Sunset employees are housed in cramped DC quarters with five people to a room while sleeping on the floor as depicted in the picture attached hereto as Exhibit 2. Employees are charged for their room and even the rental of furniture as noted in the employment agreement, page 3, attached hereto as Exhibit 3.

16.    The job criteria, as first presented by Intrax to those encompassed by this Complaint, unlawfully tells potential employees that as a matter of United States law, they are not entitled to overtime compensation. The relevant portion of the Job Description, attached hereto as Exhibit 4, (page 2 of 12, next to the heading Expected Overtime) states:

> "You are able to work over 40 hours per week however this is a
> seasonal business and is not required by law to pay overtime

wages. Hours you work over 40 will be the same rate as regular hours."

17.    Defendant Sunset specifically requires employees to work in excess of forty hours per week and many work in excess of sixty hours per week.

18    Defendant Sunset's job description, as approved by the Naderis, makes clear that "there is no overtime pay." See Exhibit 3, page 2.

19.    Defendants' representations with regard to the applicable laws not requiring overtime are false as the work described herein is not exempt from overtime under any "seasonal" exceptions or any other exemption recognized by the Fair Labor Standards Act.

20.    Defendants' employees were paid on a bi-weekly basis and payment for time worked in excess of forty hours in any week is noted in the pay-stubs and characterized as a "bonus." See Exhibit 5 attached hereto. This time is paid at regular rates and not time and one half as required by 29 U.S.C. § 207(a)(2)(C).

## REPRESENTATIVE ALLEGATIONS

21.    Plaintiffs bring this action on behalf of themselves and other employees similarly situated pursuant to 29 U.S.C. § 216(b). Those encompassed by this Complaint include: employees who were recruited by Defendant Intrax for employment by Sunset Pools, Inc. and the individual defendants during the period starting January 1, 2005 through the present date.

22.    Plaintiffs seek an order from this Court providing for the appropriate notice to be given so that those encompassed by this Complaint may elect to become Party Plaintiffs by filing written consent as provided for by 29 U.S.C. § 216(b).

## COUNT I

### Violation of the Fair Labor Standards Act – Against All Defendants

23.     Plaintiffs repeat and incorporate by reference the allegations set forth in paragraphs 1-22 of the Complaint.

24.     The terms of 29 U.S.C. § 207(a)(2)(C) provide that employees must be paid overtime at a rate of time and one half for all hours worked in excess of forty in one week.

25.     Defendants did not pay Plaintiffs and those encompassed by this Complaint as required by 29 U.S.C. § 207(a)(2)(C).

26.     Defendants are not covered by any of the limited exemptions set forth in the Fair Labor Standards Act 29 U.S.C. §213(a).

WHEREFORE, Plaintiffs seek the following relief:

(a) an award of back pay and liquidated damages as provided by 29 U.S.C. § 216(b);

(b) an award of costs and reasonable attorneys' fees; and

(c) such other relief as this court deems just and proper including an order directing notice to be given to those encompassed by this Complaint so that they may give consent to be party plaintiffs.

## COUNT II

### Common Law Fraud and Misrepresentations – Against All Defendants

27.     Plaintiffs repeat and incorporate by reference the allegations set forth in paragraphs 1-26 of the Complaint.

28.    Defendants made or caused to be made representations regarding accommodations in the United States which they knew at the time were false and misleading. Defendants made or caused said representations to be made knowing that Plaintiffs would rely upon them to their detriment.

29.    In addition, Defendants withheld material information from Plaintiffs regarding their living conditions. Defendants had a duty to disclose this information.

30.    As a result of Defendants' material omissions of fact and affirmative misrepresentations, Plaintiffs sustained damages.

WHEREFORE, Plaintiffs seek the following relief:

(a) Compensatory and punitive damages;

(b) an award of costs and reasonable attorneys' fees; and

(c) such other relief as this court deems just and proper including an order directing notice to be given to those encompassed by this Complaint so that they may give consent to be party plaintiffs

## COUNT III

### Civil Conspiracy – Against All Defendants

31.    Plaintiffs repeat and incorporate by reference the allegations set forth in paragraphs 1-30 of the Complaint.

32.    Defendants conspired, combined, agreed, mutually undertook or concerted to take the actions giving rise to the unlawful conduct alleged in COUNTS I and II herein.

33.    As a result of Defendants' mutual conduct, they are jointly and severally liable for the violations set forth in Counts I and II of the Complaint.

### Trial by Jury Demanded on All Counts

Respectfully Submitted,

Robert H. Stropp, Jr. [DC Bar No. 429737]
Mark Murphy [DC Bar No. 453060]
Mooney Green Baker & Saindon, P.C.
1920 L Street, NW
Suite 400
Washington, DC 20036
(202) 783-0010

Reuben Guttman [DC Bar No. 414781]
Wolf Haldenstein Adler
Freeman & Herz, LLC
1920 L Street, NW
Suite 400
Washington, DC 20036
(202) 783-6091

Kris Keegan
*Not Admitted in DC
10027 Sinnott Drive
Bethesda, MD 20817
(301) 204-6818

**Dated: February 28, 2007**            *Counsel for Plaintiffs*

**Exhibit 1 – Defendant Sunset's Employment Brochure**

### jective

ne objective of Sunset Pool, Inc. is to manage
ng pools in a safe and efficient manner
relieving the Property Managers and Owners
ne, worry and responsibility involved in
ng their facility. As an employee of Sunset
nc., it is your job to help us provide the best
service to our customers.



# JOB DESCRIPTION

- We manage over 100 pools in the Virginia, Washington, DC and Maryland area

- Starting wage per hour: $7.00

- Pool operator rate: $7.25

- Lifeguard training course: $175

- Cost of housing per month: $300

- Cost of furniture per month: $10

- Uniform cost: $65

- Refundable housing deposit: $100

- Refundable bicycle deposit: $50-$100

- Ending bonus for overall performance: $50

### Training

Students must meet the requirement for Lifeguard
Training and Pool Operators. Prior to the start of the
training participants are required to pass a swimming
skills test. The test includes but is not limited to:
- swimming 500 yards (approximately 460 meters)
  - surface diving to a depth of 7-10 feet
(approximately 2.1-3 meters)
  - retrieving a 10 pound (approximately 4.5 kg) object
and return to the surface.

Upon successful completion of the American Red
Cross Lifeguard Training course, student will receive
an Cardio Pulmonary Resuscitation (CPR) for the
Professional Rescuer certificate, which is valid for
1 year. Student will also receive an American Red
Cross Lifeguard Training certificate and First Aid,
which are valid for 3 years.



### Accommodation

Sunset Pools Management provides partially equipp
apartments. The equipment consists of: refrigerator,
stove, dishwasher, A/C heating system, chairs and
table, airbeds or mattresses, pots, dishes and
silverware.



# Washington landmarks







national landmarks, free museums and a
shing dining and culture scene, Washington
appealing destination.

lmarks include:

**tol Building** - where Congress meets and
ucts business. It is located on the east end
e Mall

**e House** - the official residence of the US
ident. It is located at 1600 Pennsylvania
ue

**hington Monument** - it stands just over 555
Memorial stones from the 50 States, foreign
itries and organizations line the inside walls.
top of the monument, which you can get to
by elevator, provides a panoramic view of the

**hsonian Institution** - it is a network of museums
art galleries, research projects and special
ormances. It includes 14 museums. Some of
are the National Air and Space Museum,
useum of Natural History and the National
Gallery.

**nal Mall** - it is a 146-acre stretch of lawn that
ds from the Potomac River to the Capitol
ps. The area hosts political rallies, festivals
other events.





1745 Pennsylvania Ave NW Suite 201
Washington, DC 20006

**sunsetpool.net**

sunsetpo

Exhibit 2 – Picture of Plaintiffs' Living Conditions

Faces Redacted





**Exhibit 3 – Plaintiffs' Employment Agreement with
Defendant Sunset**



**Sunset Pool**
& management, Inc.

1745 Pennsylvania Ave NW Suite 201, Washington DC 20006
Phone: 703 824 0997 Fax: 703 824 0042

# EMPLOYMENT AGREEMENT

## SUMMER 2006

## LIFEGUARD

**Our Mission Statement:**

Ensuring the safety of the facility and patrons by preventing and responding to emergencies, keeping the pool area clean, recording chemical readings and providing an enjoyable, safe and fun atmosphere.

**Section I:**

**Exchange Visitor (Please Print)**

Date: 24.05.2006

First Name: Miroslav

Last Name: Ivanov

Passport Number: 325305139

Date of Birth: 24.05.1985

Country of Citizenship: Bulgaria

Address in Country of Citizenship: Sofia, "Su. troica", bl. 132, ent. V, app. 52

Mother's Maiden Name (First and Last Name): Svetlana Atanasova

Father's Name: Petyo Atanasov

Email Address: mr.mpivanov@yahoo.com

Address in the United States: 249 8th Street NE, Washington, DC Zip: 20006

Telephone Number:

Emergency Contact (Name, Phone Number and Relationship):

School Attended:

Gender:        X  Male        _____ Female

Swimming Ability:     _____ Poor     _____ Good     _____ Very Good     X  Excellent

English Language:     _____ Poor     _____ Good     X  Very Good     _____ Excellent

## Section II:

### Training

Students must meet the requirement for Lifeguard Training and Pool Operators.  Prior to the start of the training, participants are required to pass a swimming skills test. The test includes but is not limited to:

- Swimming 500 yards,
- Surface diving to a depth of 7-10 feet,
- Retrieving a ten pound object and returning it to the surface.

Failure to pass the lifeguard training will automatically result in termination of employment.  Upon successful completion of the American Red Cross training course, applicant will receive a Cardio Pulmonary Resuscitation (CPR) for the Professional Rescuer certificate, which is valid for one year. Applicant will also receive an American Red Cross Lifeguard Training and First Aid certificate, which is valid for three years.

M.I. Initials

## Section III:

### Arrival/Departure

Students must arrive in Washington, D.C. no later than two days before their date of employment begins and must stay until the end of the agreed employment period.  Early termination by the student will result in a $200 cancellation penalty.  Students must contact the Sunset Pools Management office at least two weeks prior to their arrival in the United States and must provide Sunset Pools Management with their exact arrival and departure dates.  A pick up will be arranged only from the following area airports: Dulles (IAD) and Reagan National (DCA) as well as bus terminals in Washington, D.C. and the Arlington/Alexandria area.  Pick up hours are Monday-Saturday 8am-9pm.

M.I. Initials

## Section IV:

### Wages

Lifeguards are paid $7.00 per hour.

Lifeguards with a Pool Operator's License are paid $7.25.

There is no overtime pay.

Based on the recommendation of their supervisors and ho el/property managers, the lifeguards will receive a $50.00 bonus at the end of their summer work program.

M.I. Initials

## Section V:

### Second Jobs

Student may find second jobs at restaurants, or other companies, unless it interferes with Sunset Pools Management's schedules. Sunset Pools Management must approve the second employer. Students may not apply for or accept a second job at another swimming pool company. Night shifts are not allowed.

M.I. Initials

## Section VI:

### Apartments

1.    Sunset Pools Management may deduct money from an employee's pay to pay the rent and fees associated with an apartment provided by Sunset Pools Management.

2.    Sunset Pools Management provides partially equipped apartments for an additional $10.00 per month. The equipment consists of: a refrigerator, stove, dish washer, A/C heating system, chairs and table, airbeds or mattresses, pots, dishes and silverware. There will be no pillow cases, sheets or blankets provided.

3.    Apartments are available May 15, 2006. Students must leave their apartments by September 30, 2006. Any student wishing to stay in Sunset Pools Management's apartments after September 30 must complete and deliver and Apartment Application Form to Sunset Pools Management's office by July 1, 2006.

4.    Apartments leased by Sunset Pools Management are subject to inspections by personnel in charge of Sunset Pools Management's housing policy.

5.    Sunset Pools Management's personnel inspect the overall condition of the apartments, damages to the equipment and living conditions.

6.    Remedies of any negative finding must be done with in the appropriate period and the apartment will be re-inspected at the stated date.

7.    If a Sunset Pools Management personnel does not find the apartment in adequate condition the employee may lose his or her housing deposit. Repetitive failure to meet housing standards in inspections shall lead to termination of the employment agreement

8.    Friends may not stay in the apartment unless approval is received from Sunset Pools Management before the friend arrives. There is a daily charge for any approved friends' overnight stay.

9.    Sunset Pools Management requires an apartment deposit of $100.00. The deposit will be returned if the apartment is returned in the same condition it was in or move in day and if there are no housing violations. Violations include but are not limited to: damage to any walls, windows, doors or equipment; allowing friends to stay in the apartment without approval, and complaints from the property management.

**Section X:**

**General Provisions**

| | |
|---|---|
| Date of employment: | 24 / 05 / 2006 to 25 / 09 /2006 |
| Starting wage per hour: | $7.00 |
| Average number of hours: | 40-60 hours per week |
| Lifeguard training course: | $175 |
| Pool operator rate: | $7.25 |
| Ending bonus for overall performance: | $50 |
| Cost of housing per month: | $300 |
| Cost of furniture per month: | $10 |
| Refundable housing deposit: | $100 |
| Refundable bicycle deposit: | $50-$100 |
| Uniform cost: | $65 (Preferred size M ) |

M.I. Initials

In accepting the position offered, I agree not to work past the last day of work stated on my visa. I will leave the United States by this date.

I understand that upon my termination from Sunset Pools Management, I have 24 hours to vacate the apartment Sunset Pools Management has provided for me.

I understand that Sunset Pools Management has the right to terminate my housing contract or terminate my employment at any time for any reason.

Employees who are terminated will be reported to the U.S Citizenship and Immigration Services (USCIS) to have their visas revoked.

Sunset Pools Management, Inc.

By: _Desi Chausheva_

Title: _Office Manager_

Date: _05 /24 /06_

Applican

_Mike Stoil Ivanov_

Signature _____

Date: _27 05 2006_

**Exhibit 4 – Job Description Given by Defendant Intrax**

Page 1 of 12

PCF 5187-3560-117-9

Student ID....................................    Student Name *Vexlm Ivanov*

# Premium Placement Confirmation Form
## Toll Free Telephone Number : 1-888-224-0450

### SPONSOR INFORMATION

| | |
|---|---|
| **Sponsor Name** | Intrax Work Travel |
| **Phone** | +1 (888) 224-0450 |
| **Fax** | +1 (415) 434-5430 |
| **Email Address** | info@intraxinc.com |

### EMPLOYMENT OPPORTUNITY INFORMATION

| | |
|---|---|
| **Company Name** | Sunset Pools, Inc |
| **Company Address** | 3608 Forest Drive |
| | Suite 32 |
| **City** | Alexandria |
| **State** | VA |
| **Zip** | 22302 |
| **Company Website** | www.sunsetpoolsmgmt.com |
| **Contact Person** | Bob Kiani |
| **Contact Title** | Regional Manager |
| **Email Address** | bkiani@sunsetpoolsmgmt.com |
| **Phone** | 703-824-0997 |
| **Fax** | 703-824-0042 |
| | |

| | |
|---|---|
| **Intrax Work Travel**<br>**600 California St., 10th Floor**<br>**San Francisco CA 94108**<br>**Phone: (415) 434-5440**<br>**Fax: (415) 434-5430** | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |

Student ID.................................        Student Name...................................

**Job Description Document**

## POSITION OPPORTUNITY INFORMATION

| | |
|---|---|
| **Job Title** | Lifeguard |
| **Job Description** | This position offers the opportunity to work for a pool management company that provides lifeguard services to fine hotels and condominium communities in the areas of Virginia, Maryland and Washington DC. The pools are located in both indoor and outdoor locations. The outdoor pools will close near Labor Day. When the outdoor pools close it is only possible that some employees will be able to change their working location to an indoor pool location. This is decided by management and based on the employee's performance and the availability at the time. If an employee is working at an outdoor pool they cannot demand to be changed to an indoor location. As a employee of this company your primary tasks will be to ensure the safety of the patrons and facility you work at, preventing and responding to emergencies, maintain a clean pool area, keep record of pool chemical readings, provide an enjoyable, safe atmosphere for the patrons of the pool. You will ensure pool rules are being followed. |
| **Level of English Required** | Advanced |
| **Start Date** | 5 May 06 - 10 May 06 |
| **End Date** | 5 Sep 06 - 10 Sep 06 |
| **Gender Required** | None |
| **Day to report to Employer** | Please report to the employer as directed in the travel information section of this document. |
| **Expected days from arrival before starting work** | You should begin working 5 days after you arrive. You will first take your Red Cross certification. |
| **Estimated Average Hours over the course of the program** | Average weekly hours range from 40 to 60 per week. |
| **Pay Rate Estimate** | $7.00 per hour. $7.25 per hour once you pass the pool operator class. |
| **Estimated Tips** | This is not a tipped position. |
| **Estimated Overtime** | You are able to work over 40 hours per week however this is a seasonal business and is not required by law to pay overtime wages. Hours you work over 40 will be the same rate as regular hours. |
| **Required Skills** | You must take the required Red Cross course and become certified. This course will cost $175.00 and is paid thru payroll deduction. You will also take a test on pool operations. The employer will assist you to train for this course. Once you have passed this course you are eligible to receive $7.25 per hour. In order to pass the Red Cross Certification you will need to be able to swim 500 yards, dive 7 to 10 feet into the water, retrieve a 10-pound object from the bottom of the pool. In order to qualify for this position you must be a very good swimmer and a very strong swimmer. |
| **Expected Schedule** | Pool hours can vary at different locations however hours can begin as early as 6AM and end at dusk or approximately as late as 9PM. You will work 6 days a week and have one free day. There are shifts that range from 5 to 8 hours as well as double shifts. |
| **Drug Screening Policy** | Drug testing may be required randomly. |
| **Possible 2nd Job** | Yes You are able to work a second job however it cannot be with a competitor or another lifeguard business. It is also requested you do not work any overnight shifts as a second job as this effects your ability to work as lifeguard during the day. The employer will assist you in securing a second job. A second job can in no way interfere with your performance or availability of the primary employer. It is the responsibility of you and the second employer to schedule hours around the primary employers scheduling needs. |
| **Additional application** | You will fill out new employment paper work as any new employee would. You will have housing terms provided upon your arrival. |
| **Possibility for job change within company** | No. |
| **Meal discounts** | Meal discounts are not provided. |
| **Uniforms** | Uniforms are required and will cost $65.00. The cost of uniform can be paid thru payroll deduction. |
| **Dress code** | You will receive full details on dress code during your orientation. You will need to arrive to work each shift dressed in the correct uniform. |
| **Grooming code** | You will be working directly with the public.  You will need to arrive each shift neatly |

| | |
|---|---|
| **Intrax Work Travel**<br>**600 California St., 10th Floor**<br>**San Francisco CA 94108**<br>**Phone: (415) 434-5440**<br>**Fax: (415) 434-5430** | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |

Student ID........................    Student Name..............................

| | cleaned and groomed. Proper use of daily hygiene products and sunscreen. |
|---|---|
| *Reminder: It can take between three and eight weeks from the date you start working to be paid. Please bring enough money to support yourself until you are paid.  Check with employer to find out your first pay date.* | |

## SUGGESTED TRAVEL INFORMATION

| | |
|---|---|
| **Nearest International Airport** | Dulles |
| **Nearest Airport** | Dulles |
| **Transportation from Airport to Employer and/or Housing** | The employer would prefer you to arrive at the Dulles airport. As long as you provide your confirmed travel arrangements in advance (Intrax requires travel details be submitted no later than two weeks prior to arrival) the employer will arrange for you to be met at the airport. Do not expect to be picked up at the airport if you have not provided your travel details. You can send your travel information to the following email address, DCH@sunsetpoolsmgmt.com |
| **Nearest Bus Station** | Arlington, VA or Washington DC. It is suggested you arrive at Dulles airport if you are able to. |
| **Bus Information** | http://www.greyhound.com |
| **Nearest Train Station** | Not suggested. |
| **Train Information** | http://www.amtrak.com |

## SOCIAL SECURITY INFORMATION

| | |
|---|---|
| **Nearest Social Security Office** | 6295 Edsall Road, Alexandria, VA 22312 |
| **How and When to Apply for the Social Security Card** | The employer assists to the social security office. When you apply for social security you should have your card sent in the care of the employer to the employers address. |
| **Social Security website** | http://www.ssa.gov |

## HOUSING

| | |
|---|---|
| **Housing Restrictions (yes/no)** | Yes |
| **Housing Restrictions** | If housing restrictions apply, participants must remain in this housing to be employed by the employer identified in this document. Participants must remain employed by the employer identified in this document and remain in the Intrax Work/Travel Program to live in this housing. No exceptions will be granted unless agreed in writing in advance by Intrax Work/Travel. |
| **Housing Information** | There are several housing locations. The location of your housing will be based on the location you will work at. Housing is located within bicycle distance to each work area. Once you have selected and been confirmed for this position it is required that you live in and remain in the employer provided housing the entire term of your agreed employment dates. The employer provides a very detailed housing lease that you will be required to review, understand and sign if in agreement of. Do not sign this form if you do not understand the terms you are signing in agreement to. This is a legal housing lease and should not be taken lightly. IF you do not understand any part of the housing terms you should ask the employer, Intrax or your local representative for assistance to understand. |
| **Address** | Housing addresses are assigned upon arrival. |
| **Estimated Cost** | Housing for NON-furnished accommodations is $300.00 per month per person. Housing for FURNISHED accommodations is $310.00 per person per month. Once you are confirmed for the position you will need to send message to the employer with the housing you select, furnished for non-furnished. |
| **Additional Costs (i.e. Bond)** | There is a deposit of $100.00 per person due upon arrival. Housing deposits are refundable as long as you stay the date you agreed to and there is no damage to property upon move out inspection. There are bicycles available for your use. There is a deposit of $50.00 to $75.00 depending on the bicycle you choose. The deposits for bicycles are refundable as long as it is returned in the condition when you got it. |
| **Features** | Housing is in shared dorm style housing. You can choose if you want furnished or non-furnished accommodations. The cost for each is listed under housing cost. There are bicycles available for your use during your stay. The deposit charged for bicycles is listed under additional costs. Stove refrigerator are included. |
| **Hostel Information** | http://www.hiayh.org or http://www.hostels.com |

## AREA INFORMATION

| | |
|---|---|
| **Average temperature** | The following average highs and lows are listed for each month of the year: January 7C -4C. |

| | |
|---|---|
| **Intrax Work Travel**<br>**600 California St., 10th Floor**<br>**San Francisco CA 94108**<br>**Phone: (415) 434-5440**<br>**Fax: (415) 434-5430** | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |

Student ID.....................................        Student Name......................................

| | |
|---|---|
| | February 9C 3C, March 14C 3C, April 21C 6C, May 26C 11C, June 29C 16C, July 32C 19C, August 31C 18C, September 27C 14C, October 21C 7C, November 15C 2C, December 9C -2C. |
| **Altitude** | N/A |
| **Information websites** | www.washington.org  www.virginia.org www.mdisfun.org |
| **Nearest city** | All of the job locations are in Metro areas. |
| **Things to do** | There are a variety of museums that are free of charge, take a trip to see the White House, Capital, Washington Monument, Mount Vernon and much more! |
| **What to wear** | You should wear comfortable casual clothing that is appropriate for the temperatures during the months of your stay. Monthly temperatures are listed above in this document. |

## ADDITIONAL INFORMATION

| | |
|---|---|
| **Additional Information** | There are multiple locations for this position including the Virginia, Maryland and DC areas. The employer is unable to place you into a specific location until you have arrived. The area that you work in is based on business level demands and staffing demands during the time you arrive. If you have a specific request the employer will attempt to grant your request however it may not be possible. If for any reason you have a specific need to be in a desired location you will need to communicate this with the employer prior to your arrival. As the employer may not be able to grant such requests, you must understand and be able/ in agreement to work in any of the locations. You will receive Red Cross certification upon your arrival this will cost $175.00 paid thru payroll deduction. The time for this will be approximately two days. You will have one day orientation. There is an additional agreement the employer requires to be reviewed, signed if in agreement and returned to the employer in order to confirm your position. There is an end of season bonus for those who have been recommended from their supervisors in the amount of $50.00.THE POOL LOCATIONS ARE LOCATED AT BOTH INDOOR AND OUTDOOR FACILITIES. THE OUTDOOR POOLS CLOSE NEAR LABOR DAY. AFTER THE OUTDOOR POOLS CLOSE THERE IS NO LONGER A GAURANTEE OF EMPLOYMENT TO THOSE WORKING IN THE OUTDOOR LOCATIONS. IT IS POSSIBLE BASED ON THE EMPLOYERS DECISION AND THE PARTICIPANTS WORKING PERFORMANCE TO BE OFFERED A POSITION AT AN INDOOR FACILITY. YOU SHOULD UNDERSTAND CLEARLY THIS IS NOT GAURANTEED. |

*Based on the information available to Intrax Work/Travel, the contents of this Premium Placement Confirmation Form are true and accurate as of the date of its issuance to the Premium Placement Service participant. All information is subject to change depending on a variety of factors, including but not limited to weather, employment trends and staffing changes.*

| | |
|---|---|
| **Intrax Work Travel**<br>**600 California St., 10th Floor**<br>**San Francisco CA 94108**<br>**Phone: (415) 434-5440**<br>**Fax: (415) 434-5430** | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |

**Exhibit 5 – Plaintiffs' Pay Stubs**

# SUNSET POOL, INC.

21767

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| MIROSLAV N. IVANOV, 249 8TH STREET N.E., WASHINGTON, DC 20006 | | | | | | Single/Single | Fed-1/15/DC-1/0 |
| | | | | | | Pay Period: 09/09/2006 - 09/22/2006 | Pay Date: 09/29/2006 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 8.00 | 640.00 | 5,130.00 |
| BONUS | | | 976.00 | 3,189.00 |
| | | | 1,616.00 | 8,319.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -234.30 | -976.70 |
| DC - Withholding | -95.00 | -421.00 |
| | -329.30 | -1,397.70 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| RENT | -155.00 | -1,395.00 |
| UNIFORM & CLASS | | -240.00 |
| HOME PHONE | | -15.00 |
| SECURITY DEPOSIT | | -100.00 |
| | -155.00 | -1,750.00 |

| Net Pay | 1,131.70 | 5,171.30 |
|---|---|---|

SUNSET POOL INC, 3808 FOREST DRIVE, SUITE 2, ALEXANDRIA VA 22302 703-824-0997

# SUNSET POOL, INC.

21653

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| MIROSLAV N. IVANOV, 249 8TH STREET N.E., WASHINGTON, DC 20006 | | | | | | Single/Single | Fed-1/15/DC-1/0 |
| | | | | | | Pay Period: 08/26/2006 - 09/08/2006 | Pay Date: 09/15/2006 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 8.00 | 640.00 | 4,490.00 |
| BONUS | | | 456.00 | 2,213.00 |
| | | | 1,096.00 | 6,703.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -131.30 | -742.40 |
| DC - Withholding | -59.00 | -326.00 |
| | -190.30 | -1,068.40 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| RENT | -155.00 | -1,240.00 |
| HOME PHONE | -5.00 | -15.00 |
| UNIFORM & CLASS | | -240.00 |
| SECURITY DEPOSIT | | -100.00 |
| | -160.00 | -1,595.00 |

| Net Pay | 745.70 | 4,039.60 |
|---|---|---|

SUNSET POOL INC, 3808 FOREST DRIVE, SUITE 2, ALEXANDRIA VA 22302 703-824-0997

# SUNSET POOL, INC.

21054

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| MIROSLAV N. IVANOV, 249 8TH STREET N.E., WASHINGTON, DC 20006 | | | | | | Single/Single | Fed-1/15/DC-1/0 |
| | | | | | | Pay Period: 07/01/2006 - 07/14/2006 | Pay Date: 07/21/2006 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 7.00 | 560.00 | 2,170.00 |
| BONUS | | | 210.00 | 910.00 |
| | | | 770.00 | 3,080.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -82.30 | -330.20 |
| DC - Withholding | -36.00 | -144.00 |
| | -118.30 | -474.20 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| RENT | -155.00 | -620.00 |
| UNIFORM & CLASS | -40.00 | -160.00 |
| HOME PHONE | -5.00 | -5.00 |
| | -200.00 | -785.00 |

| Net Pay | 451.70 | 1,820.80 |
|---|---|---|

SUNSET POOL INC, 3808 FOREST DRIVE, SUITE 2, ALEXANDRIA VA 22302 703-824-0997

**21794**

## SUNSET POOL, INC.

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| VESELIN V. IVANOV, 249 8TH STREET N.E., WASHINGTON, DC 20006 | | | | | ***-**-0101 | Single/Single | | Fed-1/15/DC-1/0 |
| | | | | | Pay Period: 09/09/2006 - 09/22/2006 | | | Pay Date: 09/29/2006 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 8.00 | 640.00 | 5,133.50 |
| BONUS | | | 1,264.00 | 2,898.00 |
| | | | 1,904.00 | 8,031.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -306.30 | -959.70 |
| DC - Withholding | -121.00 | -407.00 |
| | -427.30 | -1,366.70 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| RENT | -155.00 | -1,395.00 |
| UNIFORM & CLASS | | -240.00 |
| HOME PHONE | | -15.00 |
| SECURITY DEPOSIT | | -100.00 |
| | -155.00 | -1,750.00 |

| Net Pay | 1,321.70 | 4,914.80 |
|---|---|---|

SUNSET POOL INC, 3608 FOREST DRIVE, SUITE 2, ALEXANDRIA VA 22302 703-824-0997

## SUNSET POOL, INC.

**21693**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| VESELIN V. IVANOV, 249 8TH STREET N.E., WASHINGTON, DC 20006 | | | | | ***-**-0101 | Single/Single | | Fed-1/15/DC-1/0 |
| | | | | | Pay Period: 08/26/2006 - 09/08/2006 | | | Pay Date: 09/15/2006 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 8.00 | 640.00 | 4,493.50 |
| BONUS | | | 332.00 | 1,634.00 |
| | | | 972.00 | 6,127.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -112.30 | -653.40 |
| DC - Withholding | -50.00 | -286.00 |
| | -162.30 | -939.40 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| RENT | -155.00 | -1,240.00 |
| HOME PHONE | -5.00 | -15.00 |
| UNIFORM & CLASS | | -240.00 |
| SECURITY DEPOSIT | | -100.00 |
| | -160.00 | -1,595.00 |

| Net Pay | 649.70 | 3,593.10 |
|---|---|---|

SUNSET POOL INC, 3608 FOREST DRIVE, SUITE 2, ALEXANDRIA VA 22302 703-824-0997

## SUNSET POOL, INC.

**21404**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| VESELIN V. IVANOV, 249 8TH STREET N.E., WASHINGTON, DC 20006 | | | | | ***-**-0101 | Single/Single | | Fed-1/15/DC-1/0 |
| | | | | | Pay Period: 07/29/2006 - 08/11/2006 | | | Pay Date: 08/18/2006 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 80:00 | 7.00 | 560.00 | 3,293.50 |
| BONUS | | | 196.00 | 1,106.00 |
| | | | 756.00 | 4,399.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -80.30 | -460.80 |
| DC - Withholding | -35.00 | -201.00 |
| | -115.30 | -661.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| RENT | -155.00 | -930.00 |
| UNIFORM & CLASS | -40.00 | -240.00 |
| HOME PHONE | -5.00 | -10.00 |
| SECURITY DEPOSIT | -100.00 | -100.00 |
| | -300.00 | -1,280.00 |

| Net Pay | 340.70 | 2,457.70 |
|---|---|---|

SUNSET POOL INC, 3608 FOREST DRIVE, SUITE 2, ALEXANDRIA VA 22302 703-824-0997

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Miroslav Ivanov                                    :
Sv. Trioca Building 132                            :
Entrance V Apartment 52                            :
Sofia, Bulgaria 1309                               :          **CIVIL ACTION No.**
                                                   :
and                                                :
                                                   :
Veselin Ivanov                                     :
Druzba 2, Building 214                             :
Entrance B Apartment 29                            :
Sofia, Bulgaria 1582                               :
                                                   :
Plaintiffs,                                        :
                    v.                             :
                                                   :
Sunset Pools Management, Inc.                      :
1745 Pennsylvania Avenue, NW Suite 201            :
Washington, DC 20006                               :
                                                   :
and                                                :
                                                   :
Bita Naderi,                                       :
c/o Sunset Pools Management, Inc.                  :
1745 Pennsylvania Avenue, NW Suite 201            :
Washington, DC 2000                                :
                                                   :
Arash Naderi,                                      :
c/o Sunset Pools Management, Inc.                  :
1745 Pennsylvania Avenue, NW Suite 201            :
Washington, DC 2000                                :
                                                   :
and                                                :
                                                   :
International Training and Exchange, Inc.          :
600 California Street, FL 10                        :
San Francisco, CA 94108                            :
                                                   :
Defendants.                                        :
                                                   :

## <u>Consent To Be A Party Plaintiff</u>

I hereby give written consent pursuant to 29 U.S.C. §216(b) to become a party plaintiff in a legal action in the United States to secure compensation owed to me.

_____

Veselin Ivanov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Miroslav Ivanov<br>Sv. Trioca Building 132<br>Entrance V Apartment 52<br>Sofia, Bulgaria 1309 | :<br>:<br>:<br>: **CIVIL ACTION No.** |

Miroslav Ivanov
Sv. Trioca Building 132
Entrance V Apartment 52
Sofia, Bulgaria 1309                              :        **CIVIL ACTION No.**
                                                 :
and                                              :
                                                 :
Veselin Ivanov                                   :
Druzba 2, Building 214                            :
Entrance B Apartment 29                           :
Sofia, Bulgaria 1582                             :
                                                 :
Plaintiffs,                                       :
                         v.                       :
                                                 :
Sunset Pools Management, Inc.                     :
1745 Pennsylvania Avenue, NW Suite 201            :
Washington, DC 20006                             :
                                                 :
and                                              :
                                                 :
Bita Naderi,                                      :
c/o Sunset Pools Management, Inc.                 :
1745 Pennsylvania Avenue, NW Suite 201            :
Washington, DC 2000                              :
                                                 :
Arash Naderi,                                     :
c/o Sunset Pools Management, Inc.                 :
1745 Pennsylvania Avenue, NW Suite 201            :
Washington, DC 2000                              :
                                                 :
and                                              :
                                                 :
International Training and Exchange, Inc.         :
600 California Street, FL 10                      :
San Francisco, CA 94108                          :
                                                 :
Defendants.                                       :
                                                 :

## Consent To Be A Party Plaintiff

    I hereby give written consent pursuant to 29 U.S.C. §216(b) to become a party plaintiff in a legal action in the United States to secure compensation owed to me.

_____
Miroslav Ivanov

07-410
RJL

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Veselin Ivanov
Miroslav Ivanov

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 99999
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Mooney Green Baker & Saindon, P.C.
1920 L Street, NW Suite 400
Washington, DC 20036
(202) 783-0010

**DEFENDANTS**

Sunset Pools Management, Inc.
International Training and Exchange, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

CASE NUMBER  1:07CV00410

JUDGE: Richard J. Leon

DECK TYPE: Labor/ERISA (non-employmen

DATE STAMP: 02/28/2007

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

⊙ 3 Federal Question
(U.S. Government Not a Party)

○ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

**III CITIZE**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**○ E. General Civil (Other)**      **OR**      **○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☒ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☒ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Court from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Actions under: (1) the Fair Labor Standards Act, 29 U.S.C. § 216(b) for unpaid overtime compensation, and (2) for civil fraud and conspiracy.

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 500,000 plus **JURY DEMAND:** | Check YES only if demanded in compla<br>YES ☒  NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐  NO ☒ | If yes, please complete related case form. |
|---|---|---|---|

DATE  2/26/07    SIGNATURE OF ATTORNEY OF RECORD  _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

JC

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.