**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MIROSLAV IVANOV** | |
| and | |
| **VESELIN IVANOV,** | **Case No. 07-CV-00410** |
| | **Hon. Richard J. Leon** |
| Plaintiffs, | |
| v. | |
| **SUNSET POOLS MANAGEMENT, INC.** et al., | |
| Defendants. | |

**DEFENDANT'S MOTION TO DISMISS**
**AND TO COMPEL ARBITRATION**

Defendant, International Training and Exchange Inc. ("Intrax"), by its undersigned counsel, pursuant to Rule 12 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of the U.S. District Court for the District of Columbia, hereby moves the Court for an Order dismissing Plaintiff Miroslav Ivanov's and Plaintiff Veselin Ivanov's Complaint and compelling Plaintiffs to arbitrate all of the claims contained in their Complaint.  Plaintiffs voluntarily participated in Intrax's Work/Travel Premium Placement Service, and were placed in positions with Sunset Pools Management, Inc. by Intrax.  Prior to commencing employment with Sunset Pools, they each signed agreements to arbitrate any and all claims arising from or connected with their relationship with Intrax.  Because Plaintiffs bring claims arising out of their participation in the Intrax Work/Travel Premium Placement Service in their Complaint, which

are subject to arbitration pursuant to the agreement signed by Plaintiffs, their Complaint should be dismissed and they should be compelled to arbitrate.

In support of this Motion, Defendant International Training and Exchange, Inc. respectfully refers the Court to its Memorandum of Points and Authorities and Proposed Order, both of which are attached hereto and incorporated herein.

Respectfully submitted,

LITTLER MENDELSON, P.C.

By:  /s/ Joseph P. Harkins
     Joseph P. Harkins (Bar No. 394902)
     1150 17th Street N.W., Suite 900
     Washington, D.C.  20036
     202.842.3400  telephone
     202.842.0011  facsimile

     Counsel for Defendant
     International Training and Exchange, Inc.

Dated:  March 27, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2007, I electronically filed the foregoing Defendant's Motion to Dismiss and to Compel Arbitration, Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss and Compel Arbitration, and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Robert H. Stropp, Jr., Esq.
> Mark Murphy, Esq.
> Mooney Green Baker & Saindon, P.C.
> 1920 L Street, NW
> Suite 400
> Washington, DC  20036
>
> Counsel for Plaintiffs

The following were served a copy of the foregoing Defendant's Motion to Dismiss and to Compel Arbitration, Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss and Compel Arbitration, and Proposed Order by first-class, U.S. Mail, postage prepaid:

> Reuben Guttman, Esq.
> Wolf Haldenstein Adler
> Freeman & Herz, LLC
> 1920 L Street, NW
> Suite 400
> Washington, DC  20036
>
> Kris Keegan, Esq.
> 10027 Sinnott Drive
> Bethesda, MD  20817
>
> Counsel for Plaintiffs

David Reza Mahdavi
Francassi Mahdavi Sissman & Rand
1600 Tysons Blvd.
Suite 610
McLean, Virginia  22102

Counsel for Sunset Pools Management, Inc.


/s/ Joseph P. Harkins
Joseph P. Harkins

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MIROSLAV IVANOV**<br><br>**and**<br><br>**VESELIN IVANOV,**<br><br>       **Plaintiffs,**<br><br>       v.<br><br>**SUNSET POOLS MANAGEMENT, INC.**<br>**et al.,**<br><br>       **Defendants.** | **Case No. 07-CV-00410**<br>**Hon. Richard J. Leon** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF DEFENDANT'S MOTION TO DISMISS**
**AND TO COMPEL ARBITRATION**

Defendant International Training and Exchange, Inc. ("Intrax") submits this Memorandum of Points and Authorities in support of its Motion to Dismiss and to compel Plaintiff Miroslav Ivanov and Plaintiff Veselin Ivanov to arbitrate all of the claims contained in their Complaint against Intrax. Plaintiffs' claims arise out of their participation in the Intrax Work/Travel Premium Placement Service, which are subject to arbitration pursuant to the Premium Placement Participant Terms & Conditions that Plaintiffs signed prior to receiving a placement at Sunset Pools Management, Inc. ("Sunset Pools"). Under these circumstances, the Court should grant Defendant's Motion to Dismiss and compel arbitration.

**I.      STATEMENT OF FACTS**

On June 12, 2005,  Plaintiff Miroslav Ivanov signed a document entitled Intrax's Premium Placement Participant Terms & Conditions ("Terms & Conditions"), which governs his

participation in the Intrax Work/Travel Premium Placement Service.   Terms & Conditions executed by Miroslav Ivanov, attached hereto as Exhibit 1.[1]  On July 12, 2005, Plaintiff Veselin Ivanov signed Intrax's Terms & Conditions, which governs his participation in the Intrax Work/Travel Premium Placement Service.   Terms & Conditions executed by Veselin Ivanov, attached hereto as Exhibit 2.   Each of the Terms & Conditions executed by the Plaintiffs contain an arbitration provision.  The arbitration provision provides in relevant part:

> You understand and agree that any dispute, controversy or claim in any way arising out of, related to, or connected with your participation in the Intrax Work/Travel Program, the Intrax Work/Travel Premium Placement Service, or these Terms & Conditions shall be decided by neutral, exclusive and binding arbitration in San Francisco, California, USA.  The arbitration shall be conducted before an agency or arbitrator agreed upon by you and Intrax Work/Travel or, if none, before an arbitrator selected by the American Arbitration Association.

Terms & Conditions, Exhibits 1, 2, pg. 11.

Plaintiffs were recruited by Intrax for employment by Sunset Pools for the time period of May 24, 2006 through October 20, 2006.  Complaint, ¶¶ 6, 7.   Plaintiffs filed a Complaint in this Court alleging violations of the Fair Labor Standards Act ("FLSA"), common law fraud and misrepresentation, and civil conspiracy on behalf of themselves and other similarly situated employees in connection with their placement by Intrax at Sunset Pools.  Complaint, Counts I – III.   Plaintiffs allege that they were denied overtime pay, and that Defendants made false representations regarding their working and living accommodations in the United States.  Complaint, ¶¶ 25, 28.

---

[1] The Court may consider the Terms & Conditions without converting this motion to a motion for summary judgment because the Plaintiffs refer to the Terms & Conditions in the Complaint (Plaintiffs' Exhibit 4).  See Biospheres, Inc. v. Forbes, Inc., 989 F. Supp. 748, 749 (D. Md. 1997) (stating that, on a motion to dismiss, the court may consider "documents which are referred to in the Complaint and upon which Plaintiff relies in bringing the action"); see also 2 James Wm. Moore, Moore's Federal Practice, § 12.34[2](Matthew Bender 3d ed. 2005) (explaining that courts may consider "undisputed documents

## II.    **ARGUMENT**

Plaintiffs should be compelled to arbitrate their claims against Intrax based upon the express language contained in the Terms & Conditions.

The Federal Arbitration Act ("FAA") enunciates a strong federal policy favoring arbitration, and requires courts to rigorously enforce agreements to arbitrate.  See Dean Witter Reynolds, Inc. v. Byrd, 470 U.S. 213, 221 (1985); Moses H. Cone Memorial Hosp. v. Mercury Construction Corp., 460 U.S. 1, 29 (1983);  Hughes v. CACI, Inc., 384 F. Supp. 2d 89, 95 (D. D. C. 2005); Booker v. Robert Half, Int'l, 315 F. Supp. 2d 94, 97 (D. D. C. 2004).  Specifically, the FAA provides:

> A written provision in … a contract evidencing a transaction involving commerce to settle by arbitration a controversy thereafter arising out of such contract … shall be valid, irrevocable, and enforceable, save upon grounds as exist at law or in equity for the revocation of any contract.  If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement ….

9 U.S.C. §§ 2, 3 (2007).  The FAA authorizes a federal district court to issue an order compelling arbitration when a party to an arbitration agreement fails, neglects, or refuses to comply with the agreement, just as Plaintiffs have done here by filing this case against Intrax.  9 U.S.C. § 4 (2007).  Moreover, the District of Columbia Circuit has specifically held that the provisions of the FAA are applicable to agreements to arbitrate contained in employment contracts.  Hughes, 384 F. Supp. 2d at 96.

Arbitration is so strongly favored as a means to resolve disputes that the U.S. Supreme Court has stated:

---

alleged or referenced in the complaint" in deciding a motion to dismiss).

> [W]here the contract contains an arbitration clause, there is a presumption of arbitrability in the sense that an order to arbitrate the particular grievance should not be denied unless it may be said with positive assurance that the arbitration clause is not susceptible of an interpretation that covers the asserted dispute. Doubts should be resolved in favor of coverage.

AT&T Technologies, Inc. v. Communications Workers of America, 475 U.S. 643, 650 (1986)

(quoting Steelworkers v. Warrior & Gulf Navigation Co., 363 U.S. 574, 582-83 (1960)).

In deciding whether to compel arbitration, the Court must determine: (1) whether the parties entered into a valid and enforceable arbitration agreement; and (2) whether the agreement encompasses the claims raised in the Complaint. Stromberg Sheet Metal Works, Inc. v. Washington Gas Energy Systems, Inc., 448 F. Supp. 2d 64, 68 (D. D. C. 2006); Hughes, 384 F. Supp. 2d at 93.[2] In this case, the Court should order Plaintiffs to arbitrate their claims against Intrax.

First, Plaintiffs signed a binding arbitration agreement prior to accepting a placement from Intrax for employment at Sunset Pools. Terms & Conditions, Exhibits 1,2 hereto. Plaintiffs' signature on the contract indicates mutuality of assent and binds them to the contracts "unless [they] can show special circumstances relieving [them] of such an obligation." Hughes, 384 F. Supp. 2d at 96. Second, Plaintiffs and Intrax expressly agreed to arbitrate "any dispute, controversy or claim in any way arising out of, related to, or connected with [Plaintiffs'] participation in the Intrax Work/Travel Program, the Intrax Work/Travel Premium Placement Service, or these Terms & Conditions." Terms & Conditions, Exhibits 1, 2 hereto. Plaintiffs have brought claims alleging FLSA violations, common law fraud and misrepresentations, and

---

[2] The Terms & Conditions provide that they are "governed by and construed under the laws of the State of California, USA." The California courts have applied the same standard in determining whether to compel arbitration. See Homestake Lead Co. v. Doe Run Resources Corp., 282 F. Supp. 2d 1131, 1138 (N.D. Cal. 2003), quoting Warrior & Gulf, 363 U.S. at 582-83 (1960) (if the court finds that an arbitration agreement exists that encompasses the dispute, and the parties agreed to arbitrate a dispute, "[t]he court may only deny arbitration if it may be said with positive assurance that the arbitration clause is not

civil conspiracy, all of which stem from their placement by Intrax for employment at Sunset Pools. Complaint, Ct. I –III. Because the arbitration clause expressly applies to any dispute that may arise between the parties, Plaintiffs' claims clearly fall within the parameters of the arbitration provision. Finally, Plaintiffs will not be prejudiced by the enforcement of the arbitration provision as "arbitration provisions do not unreasonably favor one party over the other." Hughes, 384 F. Supp. 2d at 98, quoting Brick v. J.C. Bradford & Co., 677 F. Supp. 1251, 1254 (D.D.C. 1987).

Under these circumstances, the Court should dismiss Plaintiffs' Complaint and compel Plaintiffs to arbitrate their claims against Intrax.

### III.    CONCLUSION

For the foregoing reasons, Defendant International Training and Exchange, Inc. respectfully requests that the Court grant its Motion to Dismiss and to Compel Arbitration.

Respectfully submitted,

LITTLER MENDELSON, P.C.


By:  /s/ Joseph P. Harkins
     Joseph P. Harkins (Bar No. 394902)
     1150 17th Street N.W., Suite 900
     Washington, D.C.  20036
     202.842.3400  telephone
     202.842.0011  facsimile

     Counsel for Defendant
     International Training and Exchange, Inc.

Dated:  March 27, 2007

---

susceptible of an interpretation that covers the asserted dispute.").

EXHIBIT
1

Student ID............................................    Student Name.........................................

# Premium Placement Confirmation Form
## Toll Free Telephone Number : 1-888-224-0450

## SPONSOR INFORMATION

| Sponsor Name | Intrax Work Travel |
|---|---|
| Phone | +1 (888) 224-0450 |
| Fax | +1 (415) 434-5430 |
| Email Address | info@intraxinc.com |

## EMPLOYMENT OPPORTUNITY INFORMATION

| Company Name | Sunset Pools, Inc |
|---|---|
| Company Address | 3608 Forest Drive |
| | Suite 32 |
| City | Alexandria |
| State | VA |
| Zip | 22302 |
| Company Website | www.sunsetpoolsmgmt.com |
| Contact Person | Bob Kiani |
| Contact Title | Regional Manager |
| Email Address | bkiani@sunsetpoolsmgmt.com |
| Phone | 703-824-0997 |
| Fax | 703-824-0042 |
| | |

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | THIS DOCUMENT RELATES TO :<br>JDD 5187-3560-117 |
|---|---|

Student ID..........................................    Student Name...................................

**Job Description Document**

## POSITION OPPORTUNITY INFORMATION

| Job Title | Lifeguard |
|---|---|
| Job Description | This position offers the opportunity to work for a pool management company that provides lifeguard services to fine hotels and condominium communities in the areas of Virginia, Maryland and Washington DC. The pools are located in both indoor and outdoor locations. The outdoor pools will close near Labor Day. When the outdoor pools close it is only possible that some employees will be able to change their working location to an indoor pool location. This is decided by management and based on the employee's performance and the availability at the time. If an employee is working at an outdoor pool they cannot demand to be changed to an indoor location. As a employee of this company your primary tasks will be to ensure the safety of the patrons and facility you work at, preventing and responding to emergencies, maintain a clean pool area, keep record of pool chemical readings, provide an enjoyable, safe atmosphere for the patrons of the pool. You will ensure pool rules are being followed. |
| Level of English Required | Advanced |
| Start Date | 5 May 06 - 10 May 06 |
| End Date | 5 Sep 06 - 10 Sep 06 |
| Gender Required | None |
| Day to report to Employer | Please report to the employer as directed in the travel information section of this document. |
| Expected days from arrival before starting work | You should begin working 5 days after you arrive. You will first take your Red Cross certification. |
| Estimated Average Hours over the course of the program | Average weekly hours range from 40 to 60 per week. |
| Pay Rate Estimate | $7.00 per hour. $7.25 per hour once you pass the pool operator class. |
| Estimated Tips | This is not a tipped position. |
| Estimated Overtime | You are able to work over 40 hours per week however this is a seasonal business and is not required by law to pay overtime wages. Hours you work over 40 will be the same rate as regular hours. |
| Required Skills | You must take the required Red Cross course and become certified. This course will cost $175.00 and is paid thru payroll deduction. You will also take a test on pool operations. The employer will assist you to train for this course. Once you have passed this course you are eligible to receive $7.25 per hour. In order to pass the Red Cross Certification you will need to be able to swim 500 yards, dive 7 to 10 feet into the water, retrieve a 10-pound object from the bottom of the pool. In order to qualify for this position you must be a very good swimmer and a very strong swimmer. |
| Expected Schedule | Pool hours can vary at different locations however hours can begin as early as 6AM and end at dusk or approximately as late as 9PM. You will work 6 days a week and have one free day. There are shifts that range from 5 to 8 hours as well as double shifts. |
| Drug Screening Policy | Drug testing may be required randomly. |
| Possible 2nd Job | Yes You are able to work a second job however it cannot be with a competitor or another lifeguard business. It is also requested you do not work any overnight shifts as a second job as this effects your ability to work as lifeguard during the day. The employer will assist you in securing a second job. A second job can in no way interfere with your performance or availability of the primary employer. It is the responsibility of you and the second employer to schedule hours around the primary employers scheduling needs. |
| Additional application | You will fill out new employment paper work as any new employee would. You will have housing terms provided upon your arrival. |
| Possibility for job change within company | No. |
| Meal discounts | Meal discounts are not provided. |
| Uniforms | Uniforms are required and will cost $65.00. The cost of uniform can be paid thru payroll deduction. |
| Dress code | You will receive full details on dress code during your orientation. You will need to arrive to work each shift dressed in the correct uniform. |
| Grooming code | You will be working directly with the public. You will need to arrive each shift neatly |

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |
|---|---|

Student ID.....................................    Student Name.....................................

| | cleaned and groomed. Proper use of daily hygiene products and sunscreen. |
|---|---|
| | *Reminder: It can take between three and eight weeks from the date you start working to be paid. Please bring enough money to support yourself until you are paid. Check with employer to find out your first pay date.* |

## SUGGESTED TRAVEL INFORMATION

| | |
|---|---|
| **Nearest International Airport** | Dulles |
| **Nearest Airport** | Dulles |
| **Transportation from Airport to Employer and/or Housing** | The employer would prefer you to arrive at the Dulles airport. As long as you provide your confirmed travel arrangements in advance (Intrax requires travel details be submitted no later than two weeks prior to arrival) the employer will arrange for you to be met at the airport. Do not expect to be picked up at the airport if you have not provided your travel details. You can send your travel information to the following email address, DCH@sunsetpoolsmgmt.com |
| **Nearest Bus Station** | Arlington, VA or Washington DC. It is suggested you arrive at Dulles airport if you are able to. |
| **Bus Information** | http://www.greyhound.com |
| **Nearest Train Station** | Not suggested. |
| **Train Information** | http://www.amtrak.com |

## SOCIAL SECURITY INFORMATION

| | |
|---|---|
| **Nearest Social Security Office** | 6295 Edsall Road, Alexandria, VA 22312 |
| **How and When to Apply for the Social Security Card** | The employer assists to the social security office. When you apply for social security you should have your card sent in the care of the employer to the employers address. |
| **Social Security website** | http://www.ssa.gov |

## HOUSING

| | |
|---|---|
| **Housing Restrictions** (yes/no) | Yes |
| **Housing Restrictions** | If housing restrictions apply, participants must remain in this housing to be employed by the employer identified in this document. Participants must remain employed by the employer identified in this document and remain in the Intrax Work/Travel Program to live in this housing. No exceptions will be granted unless agreed in writing in advance by Intrax Work/Travel. |
| **Housing Information** | There are several housing locations. The location of your housing will be based on the location you will work at. Housing is located within bicycle distance to each work area. Once you have selected and been confirmed for this position it is required that you live in and remain in the employer provided housing the entire term of your agreed employment dates. The employer provides a very detailed housing lease that you will be required to review, understand and sign if in agreement of. Do not sign this form if you do not understand the terms you are signing in agreement to. This is a legal housing lease and should not be taken lightly. IF you do not understand any part of the housing terms you should ask the employer, Intrax or your local representative for assistance to understand. |
| **Address** | Housing addresses are assigned upon arrival. |
| **Estimated Cost** | Housing for NON-furnished accommodations is $300.00 per month per person. Housing for FURNISHED accommodations is $310.00 per person per month. Once you are confirmed for the position you will need to send message to the employer with the housing you select, furnished for non-furnished. |
| **Additional Costs (i.e. Bond)** | There is a deposit of $100.00 per person due upon arrival. Housing deposits are refundable as long as you stay the date you agreed to and there is no damage to property upon move out inspection. There are bicycles available for your use. There is a deposit of $50.00 to $75.00 depending on the bicycle you choose. The deposits for bicycles are refundable as long as it is returned in the condition when you got it. |
| **Features** | Housing is in shared dorm style housing. You can choose if you want furnished or non-furnished accommodations. The cost for each is listed under housing cost. There are bicycles available for your use during your stay. The deposit charged for bicycles is listed under additional costs. Stove refrigerator are included. |
| **Hostel Information** | http://www.hiayh.org or http://www.hostels.com |

## AREA INFORMATION

| | |
|---|---|
| **Average temperature** | The following average highs and lows are listed for each month of the year; January 7C -4C, |

| | |
|---|---|
| **Intrax Work Travel** 600 California St., 10th Floor San Francisco CA 94108 Phone: (415) 434-5440 Fax: (415) 434-5430 | **THIS DOCUMENT RELATES TO :** JDD 5187-3560-117 |

Student ID.....................................          Student Name.....................................

|  | February 9C 5C, March 14C 3C, April 21C 6C, May 26C 11C, June 29C 16C, July 32C 19C, August 31C 18C, September 27C 14C, October 21C 7C, November 15C 2C, December 9C -2C. |
| --- | --- |
| **Altitude** | N/A |
| **Information websites** | www.washington.org  www.virginia.org  www.mdisfun.org |
| **Nearest city** | All of the job locations are in Metro areas. |
| **Things to do** | There are a variety of museums that are free of charge, take a trip to see the White House, Capital, Washington Monument, Mount Vernon and much more! |
| **What to wear** | You should wear comfortable casual clothing that is appropriate for the temperatures during the months of your stay. Monthly temperatures are listed above in this document. |

## ADDITIONAL INFORMATION

| **Additional Information** | There are multiple locations for this position including the Virginia, Maryland and DC areas. The employer is unable to place you into a specific location until you have arrived. The area that you work in is based on business level demands and staffing demands during the time you arrive. If you have a specific request the employer will attempt to grant your request however it may not be possible. If for any reason you have a specific need to be in a desired location you will need to communicate this with the employer prior to your arrival. As the employer may not be able to grant such requests, you must understand and be able/in agreement to work in any of the locations. You will receive Red Cross certification upon your arrival that will cost $175.00 paid thru payroll deduction. The time for this will be approximately two days. You will have one day orientation. There is an additional agreement the employer requires to be reviewed, signed if in agreement and returned to the employer in order to confirm your position. There is an end of season bonus for those who have been recommended from their supervisors in the amount of $50.00.THE POOL LOCATIONS ARE LOCATED AT BOTH INDOOR AND OUTDOOR FACILITIES. THE OUTDOOR POOLS CLOSE NEAR LABOR DAY. AFTER THE OUTDOOR POOLS CLOSE THERE IS NO LONGER A GAURANTEE OF EMPLOYMENT TO THOSE WORKING IN THE OUTDOOR LOCATIONS. IT IS POSSIBLE BASED ON THE EMPLOYERS DECISION AND THE PARTICIPANTS WORKING PERFORMANCE TO BE OFFERED A POSITION AT AN INDOOR FACILITY. YOU SHOULD UNDERSTAND CLEARLY THIS IS NOT GAURANTEED. |
| --- | --- |

*Based on the information available to Intrax Work/Travel, the contents of this Premium Placement Confirmation Form are true and accurate as of the date of its issuance to the Premium Placement Service participant. All information is subject to change depending on a variety of factors, including but not limited to weather, employment trends and staffing changes.*

| Intrax Work Travel 600 California St., 10th Floor San Francisco CA 94108 Phone: (415) 434-5440 Fax: (415) 434-5430 | **THIS DOCUMENT RELATES TO :** JDD 5187-3560-117 |
| --- | --- |

Student ID...................................    Student Name...................................

## Premium Placement Participant Terms & Conditions
### (revised on 30AUG04)

*Please read this document carefully, and make sure that you understand it before you sign it.*

**By signing this document, you are agreeing to the following terms and conditions ("Terms & Conditions"):**

**You certify that:**

1. The information provided on your application is complete and accurate.
2. You are between the ages of 18 and 28 years old at the time of application.
3. You are enrolled in a college or university outside of the United States at the time of application.
4. You are registered for a full-time course load for the semester following your participation in the Intrax Work/Travel Program.
5. You speak, read, and understand English at the level indicated on your application.
6. You are physically capable of performing the tasks required as outlined in your job description.
7. You are able to participate in the Intrax Work/Travel Program for the period indicated in the Placement portion of this Premium Placement Confirmation Form ("PCF").

**You agree that:**

1. Within three (3) days of arriving in the United States you will confirm your arrival with Intrax Work/Travel by doing only one of the following (1) mailing your self-addressed, postage paid Check In Form to Intrax Work/Travel headquarters at 2226 Bush Street, San Francisco, CA 94115, (2) completing the on-line Check In Form at www.intraxworktravel.com or (3) faxing the Check In Form to 415-674-5251. Failure to do one of the above will result in your immediate dismissal from the Intrax Work/Travel Program.

2. You will participate in an orientation provided by Intrax Work/Travel or an Intrax Work/Travel agent representative. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.

3. You will report to the employer listed in section #1 of your DS-2019 form on the date indicated in section #3 of the same form. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.

4. If any change occurs in your employment as indicated on your DS-2019 form pursuant to these Terms & Conditions, you will pay the administrative fee as well as verify such change by following the procedures and completing the

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |
| --- | --- |

Student ID.................................     Student Name.................................

documentation required by Intrax Work/Travel. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.

5. You will not work beyond the program end date listed in section #3 of your DS-2019 form.

6. You will leave the United States within thirty (30) days of the program end date listed in section #3 of your DS-2019 form.

7. If you change your address while in the United States, you will notify Intrax Work/Travel by telephone or email and the Department of Justice by using form AR-11 within three (3) business days. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.

8. While in the United States, you will obey all federal, state, and local laws and the rules of the Intrax Work/Travel Program. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.

9. Upon receipt of the Intrax Work/Travel Participant Handbook you will read the entire handbook and ask Intrax Work/Travel or the Intrax Work/Travel agent representative for clarification on any point(s) that are not explicitly understood.

**You understand that:**

1. A DS-2019 form enables you to apply for a J-1 Work/Travel visa. The United States Embassy or Consulate may grant or deny your application for a visa. Intrax Work/Travel is not responsible for and cannot control or change their decision.

2. Even if you receive a J-1 Work/Travel visa, you may be denied entrance into the United States by a Bureau of Citizenship and Immigration Service Officer. Intrax Work/Travel is not responsible for and cannot control or change any denial of entrance into the United States.

3. You are responsible for bringing enough money to the United States to cover the cost of your food, housing and other personal expenses for at least one month. We suggest a minimum of $1,000.00 due to possible delays with Social Security and distance of travel from airport to employer, advance payment for accommodation needed upon arrival and other initial investments needed. Intrax Work/Travel is not responsible for such expenses, or for any period of time during which you are not being paid by an employer. Intrax Work/Travel cannot loan money to you.

4. You are responsible for making your own travel and housing arrangements, and must provide your travel and housing plans at least two (2) weeks prior to arrival in the United States by ensuring that your plans are submitted to the Intrax Work/Travel website by the Intrax Work/Travel agent representative in your home country. Intrax Work/Travel is not responsible for making or assisting you in making your individual travel or housing arrangements.

5. A J-1 Work/Travel visa cannot be extended. You must return home at the end of your program, or face federal fines and disbarment from re-entering the United States.

| Intrax Work Travel | THIS DOCUMENT RELATES TO : |
| 600 California St., 10th Floor | JDD 5187-3560-117 |
| San Francisco CA 94108 | |
| Phone: (415) 434-5440 | |
| Fax: (415) 434-5430 | |

Student ID............................................    Student Name............................................

6. As an Intrax Work/Travel participant, you are subject to the United States civil and criminal justice system. Failure to obey federal, state or local laws may result in civil liability, criminal prosecution, fines, jail sentences, or other penalties. Intrax Work/Travel is not responsible for any civil or criminal liability you may incur or for assisting or defending you in any way in connection with any legal claims made against you.

7. Intrax Work/Travel is your official program sponsor while you are in the United States. The Intrax Work/Travel staff is available to assist you with any questions or to advise you regarding any challenges you may experience while you are participating in the Intrax Work/Travel Program. In the United States, you may call Intrax Work/Travel (toll free) at 1-888-224-0450 weekdays from 9 a.m. to 5 p.m., Pacific Standard Time. You may call the same toll free line at any time, 24 hours a day, 7 days a week, in case of an emergency. You may also call 1-415-674-5252 at your own expense from anywhere in the world, weekdays from 9 a.m. to 5 p.m., Pacific Standard Time.

8. If you would like to lodge a formal grievance about the Intrax Work/Travel Program, you will follow the Intrax Work/Travel Grievance Procedures.

9. If you are dismissed from the Intrax Work/Travel Program for any reason, you will be out of status on your J-1 visa, you will no longer have medical insurance and you are required to leave the country immediately or face possible further penalties.

**As a Premium Placement Service participant, you understand and agree that:**

1. You will remain at your employment with the employer listed in Section #1 of your DS-2019 form for the duration you originally indicated on your enrollment application unless you are terminated by the employer or you obtain prior written authorization from Intrax Work/Travel to leave your employment. If you leave your employment without having been terminated by the employer or obtaining prior written authorization from Intrax Work/Travel, you will be dismissed from the Intrax Work/Travel Program immediately. You agree to contact Intrax Work/Travel if any job-related difficulties or disputes arise that may affect your continued employment.

2. Your employer may terminate your employment at any time, without prior notification, with or without cause. Intrax Work/Travel is not responsible for and cannot control employment decisions made by your employer.

   (a) If your employment is terminated for cause, including but not limited to poor job performance, misconduct, or misrepresentation of your qualifications on your application, you will be dismissed from the Intrax Work/Travel Program immediately and you will forfeit the entire program fee.

   (b) If your employment is terminated without cause, through no fault of your own, during the first eight (8) weeks of your participation in the program, Intrax Work/Travel will attempt to provide you with a new employment opportunity suitable to your skills, experience and qualifications. If you

| Intrax Work Travel | THIS DOCUMENT RELATES TO : |
|---|---|
| 600 California St., 10th Floor | JDD 5187-3560-117 |
| San Francisco CA 94108 | |
| Phone: (415) 434-5440 | |
| Fax: (415) 434-5430 | |

Student ID.......................................    Student Name......................................

accept a new employment opportunity, you will be responsible for the cost of transportation to the new employer's location.

(c) Under subsection (b), if for any reason you do not accept a new employment opportunity, or if Intrax Work/Travel cannot provide you with a new employment opportunity suitable to your skills, experience and qualifications, you may remain in the Intrax Work/Travel Program as an Independent Placement Service participant, and Intrax Work/Travel will refund your representative agency the difference between the Premium Placement Service program fee and the Independent Placement Service program fee.

(d) If your employment is terminated without cause, through no fault of your own, at any time after the first eight (8) weeks of your participation in the program, Intrax Work/Travel will assist you by providing information about possible new employment opportunities suitable to your skills, experience and qualifications. However, Intrax Work/Travel is not responsible under any circumstance for providing you with a new employment opportunity upon such termination. If you find and accept new employment, you will be responsible for the cost of transportation to the new employer's location.

(e) Under subsection (d), if your employment is terminated without cause at any time after the first eight (8) weeks of your participation in the Intrax Work/Travel Program, you may remain in the program as an Independent Placement Service participant, but you will not be entitled to a refund of any part of the Premium Placement Service program fee.

(f) **NOTE – Ski Resort Exception:** The availability of employment at a ski resort is inherently seasonal and dependent on snow fall and other factors beyond the employer's or Intrax Work/Travel's control. If you accept an employment opportunity at a ski resort, you agree to assume the risk that your employment may be terminated or your work schedule and hours may be limited. Accordingly, if you are employed at a ski resort and, through no fault of your own, you are terminated or subject to reduced hours at any time, regardless of the length of your actual participation in the Intrax Work/Travel Program or the date of such termination or reduction, Intrax Work/Travel will not provide you with a new employment opportunity or a refund of any part of the Premium Placement Service program fee. Intrax Work/Travel may, in its discretion, assist you with seeking a new employment opportunity. If you find or accept new employment, you will be responsible for the cost of transportation to the new employer's location.

3. Your employer may have to limit the number of hours you work per week for a variety of reasons, including but not limited to poor job performance, misconduct, or circumstances beyond the employer's control. Intrax Work/Travel is not responsible for and cannot guarantee your schedule or that you will be able to work a minimum number of hours per week. However, if, through no fault of your

| Intrax Work Travel | THIS DOCUMENT RELATES TO : |
| --- | --- |
| 600 California St., 10th Floor | JDD 5187-3560-117 |
| San Francisco CA 94108 | |
| Phone: (415) 434-5440 | |
| Fax: (415) 434-5430 | |

Student ID.......................................        Student Name.......................................

own, you have worked less than thirty (30) hours per week for at least three (3) consecutive weeks, Intrax Work/Travel may, in its discretion, assist you with seeking a new employment opportunity. If you find or accept new employment, you will be responsible for the cost of transportation to the new employer's location.

4. If you secure new employment pursuant to any of the provisions in this section, you must verify such new employment in writing following Intrax Work/Travel's required procedures and documentation. Failure to comply will result in your immediate dismissal from the Intrax Work/Travel Program.

5. The Intrax Work/Travel Program does not include housing and Intrax Work/Travel is not responsible for providing housing to you. However, housing may sometimes be available in connection with certain employment opportunities. If housing is available with your employment opportunity, the information and restrictions on such housing are identified in the housing section of the Placement portion of this Premium Placement Confirmation Form ("PCF"). You must comply with any and all requirements indicated in the housing section of your PCF. Failure to comply with these requirements will result in your immediate dismissal from the Intrax Work/Travel Program. If housing is available with your employment opportunity, Intrax Work/Travel makes no representations or guarantees regarding the nature or quality of such housing. If your employment opportunity includes housing, you agree to contact Intrax Work/Travel if any housing-related difficulties or disputes arise.

**You understand and agree to the following Premium Placement Service Refund Policies\*:**

1. SEVIS fee: Once a DS form has been issued to you, the SEVIS fee is non-refundable even if your visa is denied or your application is cancelled.

2. Visa Denials: If your visa application is denied, Intrax Work/Travel will refund the placement fee portion of your program fee provided the required procedures are followed. Refund of the placement fee is contingent upon (1) Intrax Work/Travel being informed by the representative agency within 3 days of the visa denial; (2) Intrax Work/Travel receiving the DS-2019, a copy of the passport biographical pages as well as the page showing the denial; (3) Intrax Work/Travel receiving the Visa Denial Form from the representative agency providing an explanation for the denial. The documentation must be received within 14 days of the denial. The application fee portion of the program fee is non-refundable.

3. Denial of Entry: If you are denied entry to the United States by a Bureau of Citizenship and Immigration Service Officer, Intrax Work/Travel will refund the placement fee portion of your program fee. Refund of the placement fee is contingent upon Intrax Work/Travel's receipt of official proof of such denial of entry, including a statement of the reason for the denial, a copy of your passport and a letter from the Intrax Work/Travel agent representative in your home country explaining the reason for the

| Intrax Work Travel | THIS DOCUMENT RELATES TO : |
| 600 California St., 10th Floor | JDD 5187-3560-117 |
| San Francisco CA 94108 | |
| Phone: (415) 434-5440 | |
| Fax: (415) 434-5430 | |

Student ID...................................... Student Name.......................................

denial. The documentation must be received within 14 days of the denial of Entry. The application fee portion of the program fee is non-refundable.

4. Cancellations Prior to Placement Confirmation: If for any reason you cancel your Premium Placement Service application before your placement has been confirmed, Intrax Work/Travel will refund only the placement fee portion of your program fee. The application fee portion of the program is non-refundable.

5. Cancellations/Withdrawals After Placement Confirmation: If for any reason you cancel or withdraw from the Intrax Work/Travel Program at any time after your placement has been confirmed, whether before or after your arrival in the United States, Intrax Work/Travel will not refund any portion of the program fee.

6. Termination from Employment Without Cause: If you are terminated from your employment without cause during the first eight (8) weeks of your participation in the Intrax Work/Travel Program, Intrax Work/Travel will refund only the difference between the Premium Placement Service program fee and the Independent Placement Service program fee and will do so only if: (a) you are not employed by a ski resort and (b) Intrax Work/Travel cannot provide or you do not accept its offer of a new employment opportunity. Under all other circumstances, if you are terminated from employment without cause, Intrax Work/Travel will not refund any portion of the program fee.

7. Changes in the Premium Placement Confirmation Form: If upon arrival actual circumstances vary from that which is stated on the Placement portion of this Premium Placement Confirmation Form you will not be entitled to a refund.

8. Reduced or Limited Work Schedule: If your work schedule or hours of work per week are reduced or limited for any reason, Intrax Work/Travel will not refund any portion of the program fee.

9. Termination from Employment for Cause or Dismissal from Program: If you are terminated by your employer for cause, including but not limited to termination due to poor performance, misconduct or misrepresentation of your qualifications on your application, or if you are dismissed from the Intrax Work/Travel Program for any reason, including but not limited to the grounds for dismissal identified in these Terms & Conditions, Intrax Work/Travel will not refund any portion of the program fee.

10. Refunds Payable to Local Representative agency: Intrax Work/Travel will pay any refund that is due pursuant to the above provisions by the end of the program season for which you applied. Intrax Work/Travel will make such payment only to the local Intrax Work/Travel representative agency in your home country. Intrax Work/Travel will not pay any refund directly to you. Intrax Work/Travel is not responsible for ensuring that any refund it pays to the local Intrax Work/Travel representative agency in your home country is

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | THIS DOCUMENT RELATES TO :<br>JDD 5187-3560-117 |
| --- | --- |

Student ID.................................    Student Name.................................

paid to you. You and the local representative agency must arrange for any refund to be paid to you.

\* All refund amounts are based on the original pricing charged to your representative agency by Intrax Work/Travel as per their Partnership Agreement. For specific refund amounts please ask your representative agency.

**You understand and agree to the following Dispute Resolution and Construal Provisions:**

1.  Arbitration: You understand and agree that any dispute, controversy or claim in any way arising out of, related to, or connected with your participation in the Intrax Work/Travel Program, the Intrax Work/Travel Premium Placement Service, or these Terms & Conditions shall be decided by neutral, exclusive and binding arbitration in San Francisco, California, USA. The arbitration shall be conducted before an agency or arbitrator agreed upon by you and Intrax Work/Travel or, if none, before an arbitrator selected by the American Arbitration Association. Either you or Intrax Work/Travel may appear telephonically at the arbitration hearing. Any award of the arbitrator may be enforced in any court of competent jurisdiction of the federal or state courts of San Francisco County, California, USA. In any action, including arbitration, brought in connection with your participation in the Intrax Work/Travel Program or the Intrax Work/Travel Premium Placement Service, the prevailing party shall be entitled to recover all reasonable costs and expenses incurred by such party, including attorney's fees. The non-prevailing party shall also be solely responsible for all costs of arbitration. Any dispute as to the reasonableness of such costs and expenses shall be determined by the arbitrator.

2.  Severability: If any provision of these Terms & Conditions or their application is held to be invalid, illegal or unenforceable for any reason, the invalid, illegal or unenforceable provision or application shall not affect or impair the other provisions or applications of the Terms & Conditions which can be given effect without the invalid, illegal or unenforceable provision or application. To this end the provisions of this Agreement are declared to be severable and shall be construed and enforced accordingly.

3.  Waiver: No waiver by Intrax Work/Travel of your failure to comply with any of these Terms & Conditions shall be construed to be, or shall be, a waiver of any other failure to comply with such Terms & Conditions. No waiver shall be binding unless in writing and signed by Intrax Work/Travel.

4.  Headings Not Controlling: The headings used in the document setting forth these Terms & Conditions are used only for ease of reference and are not controlling.

5.  Governing Law: These Terms & Conditions shall be governed by and construed under the laws of the State of California, USA, without regard to principles of conflict of laws.

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |

Page 12 of 12                                    PCF 5187-3560-117-6

Student ID: 44224        Student Name: _Miroslav Ivanov_

Please note that based on the information available to Intrax Work/Travel, the contents of the Premium Placement Confirmation Form are true and accurate as of the date of its issuance to the Premium Placement Service participant. All information is subject to change.

- I am capable of reading and understanding these Terms & Conditions in English.
- I have read these Terms & Conditions carefully, have had the opportunity to ask questions and obtain advice as to their meaning, and understand them fully.
- I do not rely on any statements or representations that are not expressly stated in these Terms & Conditions.
- I agree to abide by these Terms & Conditions.

Signed: _____        Date: _6. 12. 2005_

Print Name: _Miroslav Ivanov_        Intrax Student ID#: _44224_

Intrax Work Travel
600 California St., 10th Floor
San Francisco CA 94108
Phone: (415) 434-5440
Fax: (415) 434-5430

THIS DOCUMENT RELATES TO :
JDD 5187-3560-117

EXHIBIT
2

Student ID.................................    Student Name...................................

# Premium Placement Confirmation Form
## Toll Free Telephone Number : 1-888-224-0450

### SPONSOR INFORMATION

| Sponsor Name | Intrax Work Travel |
|---|---|
| Phone | +1 (888) 224-0450 |
| Fax | +1 (415) 434-5430 |
| Email Address | info@intraxinc.com |

### EMPLOYMENT OPPORTUNITY INFORMATION

| Company Name | Sunset Pools, Inc |
|---|---|
| Company Address | 3608 Forest Drive |
| | Suite 32 |
| City | Alexandria |
| State | VA |
| Zip | 22302 |
| Company Website | www.sunsetpoolsmgmt.com |
| Contact Person | Bob Kiani |
| Contact Title | Regional Manager |
| Email Address | bkiani@sunsetpoolsmgmt.com |
| Phone | 703-824-0997 |
| Fax | 703-824-0042 |
| | |

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | THIS DOCUMENT RELATES TO :<br>JDD 5187-3560-117 |
|---|---|

Student ID....................................    Student Name......................................

## Job Description Document

## POSITION OPPORTUNITY INFORMATION

| | |
|---|---|
| **Job Title** | Lifeguard |
| **Job Description** | This position offers the opportunity to work for a pool management company that provides lifeguard services to fine hotels and condominium communities in the areas of Virginia, Maryland and Washington DC. The pools are located in both indoor and outdoor locations. The outdoor pools will close near Labor Day. When the outdoor pools close it is only possible that some employees will be able to change their working location to an indoor pool location. This is decided by management and based on the employee's performance and the availability at the time. If an employee is working at an outdoor pool they cannot demand to be changed to an indoor location. As a employee of this company your primary tasks will be to ensure the safety of the patrons and facility you work at, preventing and responding to emergencies, maintain a clean pool area, keep record of pool chemical readings, provide an enjoyable, safe atmosphere for the patrons of the pool. You will ensure pool rules are being followed. |
| **Level of English Required** | Advanced |
| **Start Date** | 5 May 06 - 10 May 06 |
| **End Date** | 5 Sep 06 - 10 Sep 06 |
| **Gender Required** | None |
| **Day to report to Employer** | Please report to the employer as directed in the travel information section of this document. |
| **Expected days from arrival before starting work** | You should begin working 5 days after you arrive. You will first take your Red Cross certification. |
| **Estimated Average Hours over the course of the program** | Average weekly hours range from 40 to 60 per week. |
| **Pay Rate Estimate** | $7.00 per hour. $7.25 per hour once you pass the pool operator class. |
| **Estimated Tips** | This is not a tipped position. |
| **Estimated Overtime** | You are able to work over 40 hours per week however this is a seasonal business and is not required by law to pay overtime wages. Hours you work over 40 will be the same rate as regular hours. |
| **Required Skills** | You must take the required Red Cross course and become certified. This course will cost $175.00 and is paid thru payroll deduction. You will also take a test on pool operations. The employer will assist you to train for this course. Once you have passed this course you are eligible to receive $7.25 per hour. In order to pass the Red Cross Certification you will need to be able to swim 500 yards, dive 7 to 10 feet into the water, retrieve a 10-pound object from the bottom of the pool. In order to qualify for this position you must be a very good swimmer and a very strong swimmer. |
| **Expected Schedule** | Pool hours can vary at different locations however hours can begin as early as 6AM and end at dusk or approximately as late as 9PM. You will work 6 days a week and have one free day. There are shifts that range from 5 to 8 hours as well as double shifts. |
| **Drug Screening Policy** | Drug testing may be required randomly. |
| **Possible 2nd Job** | Yes You are able to work a second job however it cannot be with a competitor or another lifeguard business. It is also requested you do not work any overnight shifts as a second job as this effects your ability to work as lifeguard during the day. The employer will assist you in securing a second job. A second job can in no way interfere with your performance or availability of the primary employer. It is the responsibility of you and the second employer to schedule hours around the primary employers scheduling needs. |
| **Additional application** | You will fill out new employment paper work as any new employee would. You will have housing terms provided upon your arrival. |
| **Possibility for job change within company** | No. |
| **Meal discounts** | Meal discounts are not provided. |
| **Uniforms** | Uniforms are required and will cost $65.00. The cost of uniform can be paid thru payroll deduction. |
| **Dress code** | You will receive full details on dress code during your orientation. You will need to arrive to work each shift dressed in the correct uniform. |
| **Grooming code** | You will be working directly with the public. You will need to arrive each shift neatly |

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |
|---|---|

Student ID.................................    Student Name.................................

| | cleaned and groomed. Proper use of daily hygiene products and sunscreen. |
|---|---|
| *Reminder: It can take between three and eight weeks from the date you start working to be paid. Please bring enough money to support yourself until you are paid. Check with employer to find out your first pay date.* | |

## SUGGESTED TRAVEL INFORMATION

| | |
|---|---|
| **Nearest International Airport** | Dulles |
| **Nearest Airport** | Dulles |
| **Transportation from Airport to Employer and/or Housing** | The employer would prefer you to arrive at the Dulles airport. As long as you provide your confirmed travel arrangements in advance (Intrax requires travel details be submitted no later than two weeks prior to arrival) the employer will arrange for you to be met at the airport. Do not expect to be picked up at the airport if you have not provided your travel details. You can send your travel information to the following email address, DCH@sunsetpoolsmgmt.com |
| **Nearest Bus Station** | Arlington, VA or Washington DC. It is suggested you arrive at Dulles airport if you are able to. |
| **Bus Information** | http://www.greyhound.com |
| **Nearest Train Station** | Not suggested. |
| **Train Information** | http://www.amtrak.com |

## SOCIAL SECURITY INFORMATION

| | |
|---|---|
| **Nearest Social Security Office** | 6295 Edsall Road, Alexandria, VA 22312 |
| **How and When to Apply for the Social Security Card** | The employer assists to the social security office. When you apply for social security you should have your card sent in the care of the employer to the employers address. |
| **Social Security website** | http://www.ssa.gov |

## HOUSING

| | |
|---|---|
| **Housing Restrictions (yes/no)** | Yes |
| **Housing Restrictions** | If housing restrictions apply, participants must remain in this housing to be employed by the employer identified in this document. Participants must remain employed by the employer identified in this document and remain in the Intrax Work/Travel Program to live in this housing. No exceptions will be granted unless agreed in writing in advance by Intrax Work/Travel. |
| **Housing Information** | There are several housing locations. The location of your housing will be based on the location you will work at. Housing is located within bicycle distance to each work area. Once you have selected and been confirmed for this position it is required that you live in and remain in the employer provided housing the entire term of your agreed employment dates. The employer provides a very detailed housing lease that you will be required to review, understand and sign if in agreement of. Do not sign this form if you do not understand the terms you are signing in agreement to. This is a legal housing lease and should not be taken lightly. IF you do not understand any part of the housing terms you should ask the employer, Intrax or your local representative for assistance to understand. |
| **Address** | Housing addresses are assigned upon arrival. |
| **Estimated Cost** | Housing for NON-furnished accommodations is $300.00 per month per person. Housing for FURNISHED accommodations is $310.00 per person per month. Once you are confirmed for the position you will need to send message to the employer with the housing you select, furnished for non-furnished. |
| **Additional Costs (i.e. Bond)** | There is a deposit of $100.00 per person due upon arrival. Housing deposits are refundable as long as you stay the date you agreed to and there is no damage to property upon move out inspection. There are bicycles available for your use. There is a deposit of $50.00 to $75.00 depending on the bicycle you choose. The deposits for bicycles are refundable as long as it is returned in the condition when you got it. |
| **Features** | Housing is in shared dorm style housing. You can choose if you want furnished or non-furnished accommodations. The cost for each is listed under housing cost. There are bicycles available for your use during your stay. The deposit charged for bicycles is listed under additional costs. Stove refrigerator are included. |
| **Hostel Information** | http://www.hiayh.org or http://www.hostels.com |

## AREA INFORMATION

| | |
|---|---|
| **Average temperature** | The following average highs and lows are listed for each month of the year; January7C -4C, |

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |
|---|---|

Student ID............................     Student Name........................................

| | |
|---|---|
| | February 9C 3C, March 14C 3C, April 21C 6C, May 26C 11C, June 29C 16C, July 32C 19C, August 31C 18C, September 27C 14C, October 21C 7C, November 15C 2C, December 9C -2C. |
| **Altitude** | N/A |
| **Information websites** | www.washington.org  www.virginia.org  www.mdisfun.org |
| **Nearest city** | All of the job locations are in Metro areas. |
| **Things to do** | There are a variety of museums that are free of charge, take a trip to see the White House, Capital, Washington Monument, Mount Vernon and much more! |
| **What to wear** | You should wear comfortable casual clothing that is appropriate for the temperatures during the months of your stay. Monthly temperatures are listed above in this document. |

## ADDITIONAL INFORMATION

| | |
|---|---|
| **Additional Information** | There are multiple locations for this position including the Virginia, Maryland and DC areas. The employer is unable to place you into a specific location until you have arrived. The area that you work in is based on business level demands and staffing demands during the time you arrive. If you have a specific request the employer will attempt to grant your request however it may not be possible. If for any reason you have a specific need to be in a desired location you will need to communicate this with the employer prior to your arrival. As the employer may not be able to grant such requests, you must understand and be able/ in agreement to work in any of the locations. You will receive Red Cross certification upon your arrival this will cost $175.00 paid thru payroll deduction. The time for this will be approximately two days. You will have one day orientation. There is an additional agreement the employer requires to be reviewed, signed if in agreement and returned to the employer in order to confirm your position. There is an end of season bonus for those who have been recommended from their supervisors in the amount of $50.00.THE POOL LOCATIONS ARE LOCATED AT BOTH INDOOR AND OUTDOOR FACILITIES. THE OUTDOOR POOLS CLOSE NEAR LABOR DAY. AFTER THE OUTDOOR POOLS CLOSE THERE IS NO LONGER A GAURANTEE OF EMPLOYMENT TO THOSE WORKING IN THE OUTDOOR LOCATIONS. IT IS POSSIBLE BASED ON THE EMPLOYERS DECISION AND THE PARTICIPANTS WORKING PERFORMANCE TO BE OFFERED A POSITION AT AN INDOOR FACILITY. YOU SHOULD UNDERSTAND CLEARLY THIS IS NOT GAURANTEED. |

*Based on the information available to Intrax Work/Travel, the contents of this Premium Placement Confirmation Form are true and accurate as of the date of its issuance to the Premium Placement Service participant. All information is subject to change depending on a variety of factors, including but not limited to weather, employment trends and staffing changes.*

Student ID..................................    Student Name....................................

## Premium Placement Participant Terms & Conditions
### (revised on 30AUG04)

*Please read this document carefully, and make sure that you understand it before you sign it.*

**By signing this document, you are agreeing to the following terms and conditions ("Terms & Conditions"):**

**You certify that:**

1. The information provided on your application is complete and accurate.
2. You are between the ages of 18 and 28 years old at the time of application.
3. You are enrolled in a college or university outside of the United States at the time of application.
4. You are registered for a full-time course load for the semester following your participation in the Intrax Work/Travel Program.
5. You speak, read, and understand English at the level indicated on your application.
6. You are physically capable of performing the tasks required as outlined in your job description.
7. You are able to participate in the Intrax Work/Travel Program for the period indicated in the Placement portion of this Premium Placement Confirmation Form ("PCF").

**You agree that:**

1. Within three (3) days of arriving in the United States you will confirm your arrival with Intrax Work/Travel by doing only one of the following (1) mailing your self-addressed, postage paid Check In Form to Intrax Work/Travel headquarters at 2226 Bush Street, San Francisco, CA 94115, (2) completing the on-line Check In Form at www.intraxworktravel.com or (3) faxing the Check In Form to 415-674-5251. Failure to do one of the above will result in your immediate dismissal from the Intrax Work/Travel Program.
2. You will participate in an orientation provided by Intrax Work/Travel or an Intrax Work/Travel agent representative. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.
3. You will report to the employer listed in section #1 of your DS-2019 form on the date indicated in section #3 of the same form. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.
4. If any change occurs in your employment as indicated on your DS-2019 form pursuant to these Terms & Conditions, you will pay the administrative fee as well as verify such change by following the procedures and completing the

| | |
|---|---|
| **Intrax Work Travel**<br>**600 California St., 10th Floor**<br>**San Francisco CA 94108**<br>**Phone: (415) 434-5440**<br>**Fax: (415) 434-5430** | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |

Student ID.......................................    Student Name.......................................

documentation required by Intrax Work/Travel. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.

5. You will not work beyond the program end date listed in section #3 of your DS-2019 form.

6. You will leave the United States within thirty (30) days of the program end date listed in section #3 of your DS-2019 form.

7. If you change your address while in the United States, you will notify Intrax Work/Travel by telephone or email and the Department of Justice by using form AR-11 within three (3) business days. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.

8. While in the United States, you will obey all federal, state, and local laws and the rules of the Intrax Work/Travel Program. Failure to do so will result in your immediate dismissal from the Intrax Work/Travel Program.

9. Upon receipt of the Intrax Work/Travel Participant Handbook you will read the entire handbook and ask Intrax Work/Travel or the Intrax Work/Travel agent representative for clarification on any point(s) that are not explicitly understood.

**You understand that:**

1. A DS-2019 form enables you to apply for a J-1 Work/Travel visa. The United States Embassy or Consulate may grant or deny your application for a visa. Intrax Work/Travel is not responsible for and cannot control or change their decision.

2. Even if you receive a J-1 Work/Travel visa, you may be denied entrance into the United States by a Bureau of Citizenship and Immigration Service Officer. Intrax Work/Travel is not responsible for and cannot control or change any denial of entrance into the United States.

3. You are responsible for bringing enough money to the United States to cover the cost of your food, housing and other personal expenses for at least one month. We suggest a minimum of $1,000.00 due to possible delays with Social Security and distance of travel from airport to employer, advance payment for accommodation needed upon arrival and other initial investments needed. Intrax Work/Travel is not responsible for such expenses, or for any period of time during which you are not being paid by an employer. Intrax Work/Travel cannot loan money to you.

4. You are responsible for making your own travel and housing arrangements, and must provide your travel and housing plans at least two (2) weeks prior to arrival in the United States by ensuring that your plans are submitted to the Intrax Work/Travel website by the Intrax Work/Travel agent representative in your home country. Intrax Work/Travel is not responsible for making or assisting you in making your individual travel or housing arrangements.

5. A J-1 Work/Travel visa cannot be extended. You must return home at the end of your program, or face federal fines and disbarment from re-entering the United States.

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |
|---|---|

Student ID.................................        Student Name.......................................

6. As an Intrax Work/Travel participant, you are subject to the United States civil and criminal justice system. Failure to obey federal, state or local laws may result in civil liability, criminal prosecution, fines, jail sentences, or other penalties. Intrax Work/Travel is not responsible for any civil or criminal liability you may incur or for assisting or defending you in any way in connection with any legal claims made against you.

7. Intrax Work/Travel is your official program sponsor while you are in the United States. The Intrax Work/Travel staff is available to assist you with any questions or to advise you regarding any challenges you may experience while you are participating in the Intrax Work/Travel Program. In the United States, you may call Intrax Work/Travel (toll free) at 1-888-224-0450 weekdays from 9 a.m. to 5 p.m., Pacific Standard Time. You may call the same toll free line at any time, 24 hours a day, 7 days a week, in case of an emergency. You may also call 1-415-674-5252 at your own expense from anywhere in the world, weekdays from 9 a.m. to 5 p.m., Pacific Standard Time.

8. If you would like to lodge a formal grievance about the Intrax Work/Travel Program, you will follow the Intrax Work/Travel Grievance Procedures.

9. If you are dismissed from the Intrax Work/Travel Program for any reason, you will be out of status on your J-1 visa, you will no longer have medical insurance and you are required to leave the country immediately or face possible further penalties.

**As a Premium Placement Service participant, you understand and agree that:**

1. You will remain at your employment with the employer listed in Section #1 of your DS-2019 form for the duration you originally indicated on your enrollment application unless you are terminated by the employer or you obtain prior written authorization from Intrax Work/Travel to leave your employment. If you leave your employment without having been terminated by the employer or obtaining prior written authorization from Intrax Work/Travel, you will be dismissed from the Intrax Work/Travel Program immediately. You agree to contact Intrax Work/Travel if any job-related difficulties or disputes arise that may affect your continued employment.

2. Your employer may terminate your employment at any time, without prior notification, with or without cause. Intrax Work/Travel is not responsible for and cannot control employment decisions made by your employer.

   (a) If your employment is terminated for cause, including but not limited to poor job performance, misconduct, or misrepresentation of your qualifications on your application, you will be dismissed from the Intrax Work/Travel Program immediately and you will forfeit the entire program fee.

   (b) If your employment is terminated without cause, through no fault of your own, during the first eight (8) weeks of your participation in the program, Intrax Work/Travel will attempt to provide you with a new employment opportunity suitable to your skills, experience and qualifications. If you

Intrax Work Travel
600 California St., 10th Floor
San Francisco CA 94108
Phone: (415) 434-5440
Fax: (415) 434-5430

THIS DOCUMENT RELATES TO :
JDD 5187-3560-117

Student ID.......................................        Student Name.......................................

accept a new employment opportunity, you will be responsible for the cost of transportation to the new employer's location.

(c) Under subsection (b), if for any reason you do not accept a new employment opportunity, or if Intrax Work/Travel cannot provide you with a new employment opportunity suitable to your skills, experience and qualifications, you may remain in the Intrax Work/Travel Program as an Independent Placement Service participant, and Intrax Work/Travel will refund your representative agency the difference between the Premium Placement Service program fee and the Independent Placement Service program fee.

(d) If your employment is terminated without cause, through no fault of your own, at any time after the first eight (8) weeks of your participation in the program, Intrax Work/Travel will assist you by providing information about possible new employment opportunities suitable to your skills, experience and qualifications. However, Intrax Work/Travel is not responsible under any circumstance for providing you with a new employment opportunity upon such termination. If you find and accept new employment, you will be responsible for the cost of transportation to the new employer's location.

(e) Under subsection (d), if your employment is terminated without cause at any time after the first eight (8) weeks of your participation in the Intrax Work/Travel Program, you may remain in the program as an Independent Placement Service participant, but you will not be entitled to a refund of any part of the Premium Placement Service program fee.

(f) **NOTE – Ski Resort Exception:** The availability of employment at a ski resort is inherently seasonal and dependent on snow fall and other factors beyond the employer's or Intrax Work/Travel's control. If you accept an employment opportunity at a ski resort, you agree to assume the risk that your employment may be terminated or your work schedule and hours may be limited. Accordingly, if you are employed at a ski resort and, through no fault of your own, you are terminated or subject to reduced hours at any time, regardless of the length of your actual participation in the Intrax Work/Travel Program or the date of such termination or reduction, Intrax Work/Travel will not provide you with a new employment opportunity or a refund of any part of the Premium Placement Service program fee. Intrax Work/Travel may, in its discretion, assist you with seeking a new employment opportunity. If you find or accept new employment, you will be responsible for the cost of transportation to the new employer's location.

3. Your employer may have to limit the number of hours you work per week for a variety of reasons, including but not limited to poor job performance, misconduct, or circumstances beyond the employer's control. Intrax Work/Travel is not responsible for and cannot guarantee your schedule or that you will be able to work a minimum number of hours per week. However, if, through no fault of your

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | THIS DOCUMENT RELATES TO :<br>JDD 5187-3560-117 |
|---|---|

Student ID.......................................    Student Name.......................................

own, you have worked less than thirty (30) hours per week for at least three (3) consecutive weeks, Intrax Work/Travel may, in its discretion, assist you with seeking a new employment opportunity. If you find or accept new employment, you will be responsible for the cost of transportation to the new employer's location.

4. If you secure new employment pursuant to any of the provisions in this section, you must verify such new employment in writing following Intrax Work/Travel's required procedures and documentation. Failure to comply will result in your immediate dismissal from the Intrax Work/Travel Program.

5. The Intrax Work/Travel Program does not include housing and Intrax Work/Travel is not responsible for providing housing to you. However, housing may sometimes be available in connection with certain employment opportunities If housing is available with your employment opportunity, the information and restrictions on such housing are identified in the housing section of the Placement portion of this Premium Placement Confirmation Form ("PCF"). You must comply with any and all requirements indicated in the housing section of your PCF. Failure to comply with these requirements will result in your immediate dismissal from the Intrax Work/Travel Program. If housing is available with your employment opportunity, Intrax Work/Travel makes no representations or guarantees regarding the nature or quality of such housing. If your employment opportunity includes housing, you agree to contact Intrax Work/Travel if any housing-related difficulties or disputes arise.

**You understand and agree to the following Premium Placement Service Refund Policies\*:**

1. SEVIS fee: Once a DS form has been issued to you, the SEVIS fee is non-refundable even if your visa is denied or your application is cancelled.

2. Visa Denials: If your visa application is denied, Intrax Work/Travel will refund the placement fee portion of your program fee provided the required procedures are followed. Refund of the placement fee is contingent upon (1) Intrax Work/Travel being informed by the representative agency within 3 days of the visa denial; (2) Intrax Work/Travel receiving the DS-2019, a copy of the passport biographical pages as well as the page showing the denial; (3) Intrax Work/Travel receiving the Visa Denial Form from the representative agency providing an explanation for the denial. The documentation must be received within 14 days of the denial. The application fee portion of the program fee is non-refundable.

3. Denial of Entry: If you are denied entry to the United States by a Bureau of Citizenship and Immigration Service Officer, Intrax Work/Travel will refund the placement fee portion of your program fee. Refund of the placement fee is contingent upon Intrax Work/Travel's receipt of official proof of such denial of entry, including a statement of the reason for the denial, a copy of your passport and a letter from the Intrax Work/Travel agent representative in your home country explaining the reason for the

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | THIS DOCUMENT RELATES TO :<br>JDD 5187-3560-117 |
| --- | --- |

Student ID........................................     Student Name........................................

denial. The documentation must be received within 14 days of the denial of Entry. The application fee portion of the program fee is non-refundable.

4. Cancellations Prior to Placement Confirmation: If for any reason you cancel your Premium Placement Service application before your placement has been confirmed, Intrax Work/Travel will refund only the placement fee portion of your program fee. The application fee portion of the program is non-refundable.

5. Cancellations/Withdrawals After Placement Confirmation: If for any reason you cancel or withdraw from the Intrax Work/Travel Program at any time after your placement has been confirmed, whether before or after your arrival in the United States, Intrax Work/Travel will not refund any portion of the program fee.

6. Termination from Employment Without Cause: If you are terminated from your employment without cause during the first eight (8) weeks of your participation in the Intrax Work/Travel Program, Intrax Work/Travel will refund only the difference between the Premium Placement Service program fee and the Independent Placement Service program fee and will do so only if: (a) you are not employed by a ski resort and (b) Intrax Work/Travel cannot provide or you do not accept its offer of a new employment opportunity. Under all other circumstances, if you are terminated from employment without cause, Intrax Work/Travel will not refund any portion of the program fee.

7. Changes in the Premium Placement Confirmation Form: If upon arrival actual circumstances vary from that which is stated on the Placement portion of this Premium Placement Confirmation Form you will not be entitled to a refund.

8. Reduced or Limited Work Schedule: If your work schedule or hours of work per week are reduced or limited for any reason, Intrax Work/Travel will not refund any portion of the program fee.

9. Termination from Employment for Cause or Dismissal from Program: If you are terminated by your employer for cause, including but not limited to termination due to poor performance, misconduct or misrepresentation of your qualifications on your application, or if you are dismissed from the Intrax Work/Travel Program for any reason, including but not limited to the grounds for dismissal identified in these Terms & Conditions, Intrax Work/Travel will not refund any portion of the program fee.

10. Refunds Payable to Local Representative agency: Intrax Work/Travel will pay any refund that is due pursuant to the above provisions by the end of the program season for which you applied. Intrax Work/Travel will make such payment only to the local Intrax Work/Travel representative agency in your home country. Intrax Work/Travel will not pay any refund directly to you. Intrax Work/Travel is not responsible for ensuring that any refund it pays to the local Intrax Work/Travel representative agency in your home country is

| Intrax Work Travel<br>600 California St., 10th Floor<br>San Francisco CA 94108<br>Phone: (415) 434-5440<br>Fax: (415) 434-5430 | THIS DOCUMENT RELATES TO :<br>JDD 5187-3560-117 |
| --- | --- |

Student ID.........................................        Student Name.........................................

paid to you. You and the local representative agency must arrange for any refund to be paid to you.

* All refund amounts are based on the original pricing charged to your representative agency by Intrax Work/Travel as per their Partnership Agreement. For specific refund amounts please ask your representative agency.

**You understand and agree to the following Dispute Resolution and Construal Provisions:**

1. <u>Arbitration</u>: You understand and agree that any dispute, controversy or claim in any way arising out of, related to, or connected with your participation in the Intrax Work/Travel Program, the Intrax Work/Travel Premium Placement Service, or these Terms & Conditions shall be decided by neutral, exclusive and binding arbitration in San Francisco, California, USA. The arbitration shall be conducted before an agency or arbitrator agreed upon by you and Intrax Work/Travel or, if none, before an arbitrator selected by the American Arbitration Association. Either you or Intrax Work/Travel may appear telephonically at the arbitration hearing. Any award of the arbitrator may be enforced in any court of competent jurisdiction of the federal or state courts of San Francisco County, California, USA. In any action, including arbitration, brought in connection with your participation in the Intrax Work/Travel Program or the Intrax Work/Travel Premium Placement Service, the prevailing party shall be entitled to recover all reasonable costs and expenses incurred by such party, including attorney's fees. The non-prevailing party shall also be solely responsible for all costs of arbitration. Any dispute as to the reasonableness of such costs and expenses shall be determined by the arbitrator.

2. <u>Severability</u>: If any provision of these Terms & Conditions or their application is held to be invalid, illegal or unenforceable for any reason, the invalid, illegal or unenforceable provision or application shall not affect or impair the other provisions or applications of the Terms & Conditions which can be given effect without the invalid, illegal or unenforceable provision or application. To this end the provisions of this Agreement are declared to be severable and shall be construed and enforced accordingly.

3. <u>Waiver</u>: No waiver by Intrax Work/Travel of your failure to comply with any of these Terms & Conditions shall be construed to be, or shall be, a waiver of any other failure to comply with such Terms & Conditions. No waiver shall be binding unless in writing and signed by Intrax Work/Travel.

4. <u>Headings Not Controlling</u>: The headings used in the document setting forth these Terms & Conditions are used only for ease of reference and are not controlling.

5. <u>Governing Law</u>: These Terms & Conditions shall be governed by and construed under the laws of the State of California, USA, without regard to principles of conflict of laws.

| **Intrax Work Travel**<br>**600 California St., 10th Floor**<br>**San Francisco CA 94108**<br>**Phone: (415) 434-5440**<br>**Fax: (415) 434-5430** | **THIS DOCUMENT RELATES TO :**<br>JDD 5187-3560-117 |
|---|---|

PCF 5187-3560-117-9

Student ID: *44297*     Student Name: *Veselin Ivanov*

*Please note that based on the information available to Intrax Work/Travel, the contents of the Premium Placement Confirmation Form are true and accurate as of the date of its issuance to the Premium Placement Service participant. All information is subject to change.*

- *I am capable of reading and understanding these Terms & Conditions in English.*
- *I have read these Terms & Conditions carefully, have had the opportunity to ask questions and obtain advice as to their meaning, and understand them fully.*
- *I do not rely on any statements or representations that are not expressly stated in these Terms & Conditions.*
- *I agree to abide by these Terms & Conditions.*

Signed: _____     Date: *07. 12. 2005*

Print Name: *Veselin Ivanov*     Intrax Student ID#: *44297*

Intrax Work Travel
600 California St., 10th Floor
San Francisco CA 94108
Phone: (415) 434-5440
Fax: (415) 434-5430

THIS DOCUMENT RELATES TO :
JDD 5187-3560-117.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MIROSLAV IVANOV** | |
| **and** | |
| **VESELIN IVANOV,** | **Case No. 07-CV-00410** |
| | **Honorable Richard J. Leon** |
| **Plaintiffs,** | |
| **v.** | |
| **SUNSET POOLS MANAGEMENT, INC.** **et al.,** | |
| **Defendants.** | |

## <u>ORDER</u>

Upon consideration of Defendant's Motion for Summary Judgment and to Compel Arbitration, any opposition thereto, and any reply thereto, it is hereby

ORDERED that the Motion is granted; and

ORDERED that the case against Intrax is dismissed without prejudice pending arbitration; and

ORDERED that the parties shall proceed to arbitration; and

ORDERED that copies of this Order shall be mailed to all counsel of record.

Dated: _____        _____
                                  Richard J. Leon
                                  United States District Judge

Copies to:

Joseph P. Harkins
Littler Mendelson, P.C.
1150 17th Street, N.W., Suite 900
Washington, D.C.  20036

Counsel for Defendant International Training and Exchange, Inc.


Robert H. Stropp, Jr., Esq.
Mark Murphy, Esq.
Mooney Green Baker & Saindon, P.C.
1920 L Street, NW
Suite 400
Washington, DC  20036

Reuben Guttman, Esq.
Wolf Haldenstein Adler
Freeman & Herz, LLC
1920 L Street, NW
Suite 400
Washington, DC  20036

Kris Keegan, Esq.
10027 Sinnott Drive
Bethesda, MD  20817

Counsel for Plaintiffs


David Reva Mahdavi
Francassi Mahdavi Sissman & Rand
1600 Tysons Blvd.
Suite 610
McLean, Virginia 22102

Counsel for Sunset Pools Management, Inc.