UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIROSLAV IVANOV<br><br>and<br><br>VESELIN IVANOV,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SUNSET POOLS MANAGEMENT, INC. et al.,<br><br>　　　　Defendants. | Case No. 07-CV-00410<br>Hon. Richard J. Leon |

### DEFENDANT INTERNATIONAL TRAINING AND EXCHANGE, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

　　　　Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

　　　　I, the undersigned counsel of record for Defendant International Training and Exchange Inc. ("Intrax"), certify that to the best of my knowledge and belief, Intrax does not have any parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

　　　　These representations are made in order that judges of this court may determine the need for recusal.

Dated: March 27, 2007 	Respectfully submitted,

/s/ Joseph P. Harkins
Joseph P. Harkins (Bar No. 394902)
LITTLER MENDELSON, P.C.
1150 17th Street N.W.
Suite 900
Washington, DC  20036
202.842.3400
202.842.0011 (fax)

Counsel for Defendant International Training
& Exchange, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2007, I electronically filed the foregoing Defendant International Training & Exchange, Inc.'s Disclosure Of Corporate Affiliations And Financial Interests with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robert H. Stropp, Jr., Esq.
>Mark Murphy, Esq.
>Mooney Green Baker & Saindon, P.C.
>1920 L Street, NW
>Suite 400
>Washington, DC  20036
>
>Counsel for Plaintiffs

The following were served a copy of the foregoing Defendant International Training & Exchange, Inc.'s Disclosure Of Corporate Affiliations And Financial Interests by first-class, U.S. Mail, postage prepaid:

>Reuben Guttman, Esq.
>Wolf Haldenstein Adler
>Freeman & Herz, LLC
>1920 L Street, NW
>Suite 400
>Washington, DC  20036
>
>Kris Keegan, Esq.
>10027 Sinnott Drive
>Bethesda, MD  20817
>
>Counsel for Plaintiffs

David Reza Mahdavi
Francassi Mahdavi Sissman & Rand
1600 Tysons Blvd.
Suite 610
McLean, Virginia  22102

Counsel for Sunset Pools Management, Inc.

/s/ Joseph P. Harkins
Joseph P. Harkins