IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **MIROSLAV INVANOV, et al.**<br><br>**Plaintiffs**<br>**v.**<br><br>**SUNSET POOLS MANAGEMENT INC.,**<br>**et al.**<br>**Defendants** |

No. 07-CV-00410 (RJL)

**UNOPPOSED MOTION FOR**
**EXTENSION OF TIME**

Plaintiffs, by their undersigned counsel hereby moves for an extension of time to file an opposition to the motion to dismiss of Defendant International Training and Exchange Inc. ("INTRAX").  In support of this request, Plaintiffs state the following:

1.    The Complaint in this case was served on Defendant INTRAX on March 7, 2007.

2.    Defendant INTRAX filed its motion to dismiss and to compel arbitration on March 27, 2007.

3.    Plaintiffs' opposition to the motion to dismiss is presently due on Monday April 9, 2007.

4.    Plaintiffs request a one week extension, until April 16, 2007, to file their opposition.

5.    Counsel for Plaintiffs has contact counsel for Defendant INTRAX to discuss the relief requested in this motion.  Counsel for Defendant does not oppose the one week extension request.

Accordingly, Plaintiffs respectfully request that the Court grant this motion and provide

an additional one week, until April 16, 2007, for the filing of Plaintiffs' opposition to

Defendant's motion to dismiss.

Respectfully submitted,

_____/s/_____

Mark J. Murphy, Bar No. 453060
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, DC 20036
(202) 783-0010
(202) 783-6088 - fax

Counsel for Plaintiffs

Date:   April 5, 2007

## CERTIFICATE OF SERVICE

I certify that on this the 5th day of April, 2007,  Plaintiffs' Unopposed Motion for

Extension of Time was electronically filed with the Court through the PACER system and that a

true and correct copy of this motion was also served by first class mail, postage pre-paid on the

following:


Joseph P. Harkins, Esq.
Little Mendelson, P.C.
1150 17th Street, N.W.
Suite 900
Washington, D.C.


David Reva Mahdavi, Esq.
Francassi Mahdavi Sissman & Rand
1600 Tysons Blvd.
Suite 610
McLean, VA 22102


_____
Mark J. Murphy

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **MIROSLAV INVANOV, et al.**<br><br>　　　　　**Plaintiffs**<br><br>　　**v.**<br><br>**SUNSET POOLS MANAGEMENT INC.,**<br>**et al.**<br>　　　　　**Defendants** |

No. 07-CV-00410 (RJL)

**<u>ORDER</u>**

Upon consideration of Plaintiffs' unopposed  motion for extension of time, it is hereby

ORDERED that the motion is GRANTED.  Plaintiffs shall file their opposition to Defendant's

Motion to Dismiss and Compel Arbitration on or before April 16, 2007.

_____
Judge
United States District Court
United States District Court for the
 District of Columbia

Date: _____

Serve:

Mark J. Murphy, Esq
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W.
Suite 400
Washington, D.C. 20036

Counsel for Plaintiffs


Joseph P. Harkins, Esq.
Little Mendelson, P.C.
1150 17th Street, N.W.
Suite 900
Washington, D.C.

Counsel for Defendant INTRAX


David Reva Mahdavi, Esq.
Francassi Mahdavi Sissman & Rand
1600 Tysons Blvd.
Suite 610
McLean, VA 22102

Counsel for Defendant Sunset Pools Management, Inc.