UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIROSLAV IVANOV, et al., )<br>)<br>   Plaintiffs )<br>)<br>vs. )<br>)<br>SUNSET POOLS MANAGEMENT, INC., et al., )<br>)<br>   Defendants. )<br>_____) | Case No. 07-cv-00410 RJL |

CERTIFICATE UNDER LCvR 7.1

  The following is the certificate required by Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia.

  I, the undersigned counsel of record for Defendant Sunset Pools Management, Inc. ("Sunset Pools"), certify that to the best of my knowledge and belief, Sunset Pools does not have any parent companies, subsidiaries, or affiliates, which have any outstanding securities in the hands of the public.

  These representations are made in order that judges of this Court may determine the need for recusal.

                Respectfully submitted,

                 /s/ John J. Rigby
                John J. Rigby, #255539
                McInroy & Rigby, L.L.P.
                2200 Wilson Blvd., Suite 800
                Arlington, Virginia 22201
                (703) 841-1100
                (703) 841-1161 (fax)

```
                            /s/ George R.A. Doumar
                           George R. A. Doumar, #415446
                           George R. A. Doumar, PLLC
                           2000 N. 14th St., Suite 210
                           Arlington, Virginia 22201
                           (703) 243-3737
                           (703) 524-7610 (fax)
                           Counsel for Defendants
                           Sunset Pools Management, Inc.
                           and Arash Naderi
```

CERTIFICATE OF SERVICE

I hereby certify that, on April 11, 2007, I caused the foregoing Certificate Under LCvR 7.1 to be electronically filed with he Clerk of the Court using the CM/ECF system which will send notifications of each filing to the following counsel of record.

Mark J. Murphy, Esq.
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036

Counsel for Plaintiffs

Joseph P. Harkins, Esq.
Littler Mendelson, P.C.
1150 17th Street, N.W., Suite 900
Washington, D.C. 20036

Counsel for Defendant Intrax

I also caused a copy to be served by first-class mail on April 11, 2007, upon the following counsel of record:

Reuben Guttman, Esq.
Wolf, Haldenstein, Adler, Freeman & Herz, L.L.C.
1920 L Street, N.W., Suite 400
Washington, D.C. 20036

Kris Keegan, Esq.
10027 Sinnot Drive
Bethesda, Maryland 20817

Counsel for Plaintiffs

/s/John J. Rigby
John J. Rigby