A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Miroslav Ivanov

      Plaintiff(s)      )   **APPEARANCE**

vs.       )   CASE NUMBER   07-410

Sunset Pools Management, Inc., et al

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  __John J. Rigby__  as counsel in this
                                (Attorney's Name)

case for: __Sunset Pools Management, Inc. and Arash Naderi__
                      (Name of party or parties)

April 11, 2007
Date

*/s/ John J. Rigby*
Signature

John J. Rigby
Print Name

255539
BAR IDENTIFICATION

2200 Wilson Blvd., Suite 800
Address

Arlington, VA 22201
City      State      Zip Code

703-841-1100
Phone Number