AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Miroslav Ivanov

        Plaintiff(s)       )   **APPEARANCE**

        vs.       )   CASE NUMBER   07-410

Sunset Pools Management, Inc., et al

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  John J. Rigby  as counsel in this
           (Attorney's Name)

case for:  Sunset Pools Management, Inc. and Arash Naderi
       (Name of party or parties)

April 11, 2007
Date

*/s/ John J. Rigby*
Signature

John J. Rigby
Print Name

255539
BAR IDENTIFICATION

2200 Wilson Blvd., Suite 800
Address

Arlington, VA 22201
City    State    Zip Code

703-841-1100
Phone Number