## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIROSLAV IVANOV** <br><br> **and** <br><br> **VESELIN IVANOV,** <br><br>     **Plaintiffs,** <br><br>     v. <br><br> **SUNSET POOLS MANAGEMENT, INC.** **et al.,** <br><br>     **Defendants.** | **Case No. 07-CV-00410** <br> **Hon. Richard J. Leon** |

### CONSENT MOTION TO EXTEND TIME TO REPLY
### TO PLAINTIFFS' OPPOSITION BRIEF

Defendant, International Training and Exchange, Inc. ("Intrax"), by counsel, submits this Consent Motion for an Extension of Time to Reply to Plaintiffs' Opposition Brief.

1. On March 27, 2007, Intrax filed a Motion to Dismiss and Compel Arbitration and a Memorandum of Points and Authorities in Support of the Motion ("Motion to Compel").

2. Plaintiffs filed an Opposition to Intrax's Motion to Compel on April 16, 2007.

3. Intrax's Reply to the Plaintiffs' Opposition is currently due on April 26, 2007.

4. Due to counsel's schedule, Intrax requests a brief extension of time until on or before May 4, 2007 to file its Reply to Plaintiffs' Opposition.

5. Intrax has contacted counsel for Plaintiffs to discuss the relief requested in this Motion. Plaintiffs consent to this extension. Counsel for Co-Defendants, Sunset Pools Management, Inc. and Arash Naderi, has no objection to this extension.

6. Intrax requests this extension, not for purposes of delay, but so that justice may be

done.

7.      For the foregoing reasons, Intrax respectfully requests that the Court grant this Motion in all respects, and allow an extension until on or before May 4, 2007 for Intrax to reply to Plaintiffs' Opposition.

Dated: April 19, 2007                                       Respectfully submitted,


                                                            /s/ Joseph P. Harkins
                                                            Joseph P. Harkins (Bar No. 394902)
                                                            LITTLER MENDELSON, P.C.
                                                            1150 17th Street N.W.
                                                            Suite 900
                                                            Washington, DC  20036
                                                            202.842.3400
                                                            202.842.0011 (fax)

                                                            Counsel for Defendant International Training
                                                            & Exchange, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2007, I electronically filed the foregoing Consent Motion to Extend Time to Reply to Plaintiffs' Opposition Brief and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mark Murphy, Esq.
>Mooney Green Baker & Saindon, P.C.
>1920 L Street, NW
>Suite 400
>Washington, DC  20036
>
>Counsel for Plaintiffs
>
>John J. Rigby, Esq.
>McInroy & Rigby, L.L.P.
>2200 Wilson Blvd., Suite 800
>Arlington, Virginia  22201
>
>George R.A. Doumar, Esq.
>George R.A. Doumar, PLLC
>2000 N. 14th Street, Suite 210
>Arlington, VA  22201
>
>Counsel for Defendants Sunset Pools
>Management, Inc. and Arash Naderi

The following were served a copy of the foregoing Consent Motion to Extend Time to Reply to Plaintiffs' Opposition Brief and Proposed Order by first-class, U.S. Mail, postage prepaid:

>Reuben Guttman, Esq.
>Wolf Haldenstein Adler
>Freeman & Herz, LLC
>1920 L Street, NW
>Suite 400
>Washington, DC  20036

Kris Keegan, Esq.
10027 Sinnott Drive
Bethesda, MD  20817

Counsel for Plaintiffs

/s/ Joseph P. Harkins
Joseph P. Harkins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIROSLAV IVANOV**<br><br>and<br><br>**VESELIN IVANOV,**<br><br>     **Plaintiffs,**<br><br>     v.<br><br>**SUNSET POOLS MANAGEMENT, INC.**<br>**et al.,**<br><br>     **Defendants.** | **Case No. 07-CV-00410**<br>**Hon. Richard J. Leon** |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Time to Reply to Plaintiffs' Opposition Brief, the entire record herein, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and the deadline for Defendant International Training and Exchange, Inc. to reply to Plaintiffs' Opposition is extended until on or before May 4, 2007.

Date: _____

                                                   Richard J. Leon
                                                 United States District Judge