IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIROSLAV IVANOV, et al** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil No.: 7-CV-00410 |
| ) | |
| **SUNSET POOLS MANAGEMENT, INC.** ) | |
| **ET AL,** ) | |
| ) | |
| **Defendants.** ) | |

## CONSENT MOTION FOR EXTENSION

Defendants Sunset Pools Management, Inc., and Arash Naderi ("Defendants"), without waiving any rights, hereby file, through counsel, this Consent Motion for an Extension of Time to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, until Friday, May 11, 2007.

Undersigned counsel Mr. Rigby has two scheduled hearings before the Merit Systems Protection Board this week and next, while Mr. Doumar has a heavy briefing and motion schedule.

Prior to filing this Motion, Defense counsel contacted Plaintiff's counsel, who graciously consented to this request.

Respectfully Submitted,

/s/ John J. Rigby

          John J. Rigby
          D.C. Bar No. 255539
          McInroy and Rigby
          2200 Wilson Boulevard
          Suite 800
          Arlington, VA  22201
          Tel:  703-841-1100
          Fax: 703-841-1161


            /s/ George R. A. Doumar
          George R. A. Doumar, Esq.
          D.C. Bar No:  415446
          George R. A. Doumar, PLLC
          2000 N. 14th Street
          Suite 210
          Arlington, VA 22201
          Tel: 703-243-3737
          Fax: 703-524-7610
          Email:doumar
          @doumarlawgroup.com

          Attorneys for the Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIROSLAV IVANOV** )<br>)<br>**VESELIN IVANOV** )<br>)<br>    **Plaintiffs,** )<br>)<br>v. )<br>)<br>)<br>**SUNSET POOLS MANAGEMENT, INC.** )<br>**ET AL,** )<br>)<br>    **Defendants.** )<br>) | Civil No.: 7-CV-00410 |

## ORDER

The Court, having reviewed the Consent Motion of Defendants, Sunset Pools Management, Inc., and Arash Naderi (the "Defendants"), for an extension to file a Reply to Plaintiff's Opposition to Motion to Dismiss, hereby GRANTS such Motion, and ORDERS that Defendants file a reply on or before May 11, 2007.

Date:_____

_____
United States District Judge
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April 2007, I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system which will send notifications of each filing to the following counsel of record:

Mark Murphy, Esq.
Mooney Green Baker & Saindon, P.C.
1920 L Street, NW
Suite 400
Washington, D.C. 20036

Counsel for Plaintiffs

Joseph P. Harkins, Esq.
Littler Mendelson, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036

Counsel for Defendant Intrax

I also caused a copy to be served by first-class mail on April 11, 2007, upon the following counsel of record:

Reuban Guttman, Esq.
Wolf, Haldenstein, Adler, Freeman & Herz, L.L.C.
1920 L Street, N.W., Suite 500
Washington, D.C. 20036

Kris Keegan, Esq.
10027 Sinnot Drive
Bethesda, MD 20817

Counsel for Plaintiffs

/s/ George R. A. Doumar

_____

George R. A. Doumar