IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MIROSLAV IVANOV, et al**<br><br>Plaintiffs,<br><br>v.<br><br>**SUNSET POOLS MANAGEMENT, INC. ET AL,**<br><br>Defendants. | Civil No.: 7-CV-00410 |

## AMENDED CONSENT MOTION FOR EXTENSION

Defendants Sunset Pools Management, Inc., and Arash Naderi ("Defendants"), without waiving any rights, hereby file, through counsel, this Amended Consent Motion for an Extension of Time to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, until Friday, May 11, 2007, to clarify that all parties served in this matter consent to the extension.

Defense counsel previously affirmed that it had obtained the consent of Plaintiff's counsel to this Motion. As a matter of clarification, defense counsel confirms that counsel for the other served defendant, Intrax, has also consented to this request. Thus, all parties that have been served in this matter that have consented to extend the time for Defendants to file a Reply until May 11, 2007.

Respectfully Submitted,

/s/ John J. Rigby
John J. Rigby

        D.C. Bar No. 255539
        McInroy and Rigby
        2200 Wilson Boulevard
        Suite 800
        Arlington, VA  22201
        Tel:  703-841-1100
        Fax: 703-841-1161


        <u>/s/ George R. A. Doumar</u>
        George R. A. Doumar, Esq.
        D.C. Bar No:  415446
        George R. A. Doumar, PLLC
        2000 N. 14th Street
        Suite 210
        Arlington, VA 22201
        Tel: 703-243-3737
        Fax: 703-524-7610
        Email:gdoumar
        @doumarlawgroup.com

        Attorneys for the Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIROSLAV IVANOV ) | |
| ) | |
| VESELIN IVANOV ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No.: 7-CV-00410 |
| ) | |
| ) | |
| SUNSET POOLS MANAGEMENT, INC. ) | |
| ET AL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court, having reviewed the Consent Motion of Defendants, Sunset Pools Management, Inc., and Arash Naderi (the "Defendants"), for an extension to file a Reply to Plaintiff's Opposition to Motion to Dismiss, hereby GRANTS such Motion, and ORDERS that Defendants file a reply on or before May 11, 2007.

Date:_____

_____
United States District Judge
United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April 2007, I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system which will send notifications of each filing to the following counsel of record:

Mark Murphy, Esq.
Mooney Green Baker & Saindon, P.C.
1920 L Street, NW
Suite 400
Washington, D.C.  20036

Counsel for Plaintiffs

Joseph P. Harkins, Esq.
Littler Mendelson, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036

Counsel for Defendant Intrax

I also caused a copy to be served by first-class mail on April 11, 2007, upon the following counsel of record:

Reuban Guttman, Esq.
Wolf, Haldenstein, Adler, Freeman & Herz, L.L.C.
1920 L Street, N.W., Suite 500
Washington, D.C. 20036

Kris Keegan, Esq.
10027 Sinnot Drive
Bethesda, MD 20817

Counsel for Plaintiffs

/s/ George R. A. Doumar

_____

George R. A. Doumar