IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIROSLAV IVANOV, <br><br> VESELIN IVANOV <br><br> Plaintiffs, <br><br> v. <br><br> SUNSET POOLS MANAGEMENT, INC. ET, AL, <br><br> Defendants. | Civil No.: 7-CV-00410 <br> Judge Leon |

## JOINT RULE 16.3 REPORT

Pursuant to Local Rule 16, the parties submit the following Joint Report:

1. <u>Statement of the Case</u>: Plaintiffs, Miroslav Ivanov and Veselin Ivanov, are citizens and residents of Bulgaria. Defendant, Sunset Pools Management, Inc., which services swimming pools in the Washington, D.C. metropolitan area, is a corporation incorporated in the District of Columbia. Defendant International Training and Exchange, Inc. ("Intrax") is a California corporation with its principal offices in California, which places foreign nationals in U.S. jobs on a temporary basis, using "J" visas. Plaintiffs allege that Defendants violated the Fair Labor Standards Act. Plaintiffs also allege that Defendants committed fraud and civil conspiracy. Plaintiffs allege that they were unpaid for working overtime and that Defendants knowingly made false

representations regarding accommodations that were a condition of employment. Defendants deny all of the material allegations.

2. <u>Dispositive Motions/Discovery Timeframe</u>:  Defendant International Training and Exchange, Inc. filed a Motion to Compel arbitration. Defendant Sunset Pools Management, Inc. filed a Motion to Dismiss Counts II and III of the Complaint of Plaintiffs Miroslav Ivanov and Veselin Ivanov under Rule 12(b)(6) and also for dismissal or stay pending arbitration, under the Federal Arbitration Act. Defendants propose that discovery begin once the Court decides these pending Motions. Plaintiffs do not agree to Defendants stay of discovery. Plaintiffs propose that document production – which would be required even if this case proceeded to arbitration – begin immediately.

3. <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate that it will be necessary to join third parties or amend the pleadings. The Plaintiffs propose that opt-in plaintiffs may sign up to participate in this litigation as provided by 29 U.S.C. § 216(b). Defendants do not agree that class notice or class status is appropriate in this matter.

4. <u>Assignment To Magistrate Judge</u>: The parties do not consent to the assignment of this case to a Magistrate Judge for trial.

5. <u>Settlement Possibility</u>:  The parties have briefly discussed settlement and remain amenable to a forum to pursue settlement possibilities.

6. <u>Alternative Dispute Procedures</u>:  The parties have discussed the Court's alternative dispute resolution (ADR) procedures and are interested in pursuing ADR with a Magistrate Judge before commencing discovery.

7.  <u>Summary Judgment</u>:  If the Motion to Compel Arbitration is denied, after discovery, the Defendants will file a motion for summary judgment based on exemptions to overtime requirements in the FLSA, among other reasons.  Defendants propose that any such motion be filed within eight months after the Court decides the pending motions, with responses due 20 days after the submission of any dispositive motions, and any reply due 10 days after the response.

8.  <u>Initial Disclosures</u>:  Pursuant to Local Rule 16.3(c)(7), the parties agree to dispense with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

9.  <u>Discovery</u>:  Defendants propose that discovery be completed six months after the date that the Court issues its decisions on the pending Motions.  The parties agree to the limitations imposed by the Federal Rules of Civil Procedure and the Local Rules.

10.  <u>Experts</u>:  At this time, the parties do not anticipate using experts in this case.  However, Defendants propose that if the parties intend to use any experts, Plaintiff's experts shall be designated no later than three months after the Court issues its decisions on the pending Motions with defense experts within four months after the Court issues its decisions on the pending Motions.  Any rebuttal experts shall be designated no later than five months after the Court issues its decisions on the pending Motions.

11.  <u>Class Action Procedures</u>:  The procedures governing class actions under Fed. R. Civ. Pro. 23 are not applicable to this case.

12.  <u>Bifurcation of Discovery or Trial</u>:  Defendants propose bifurcation of the FLSA claims, with damages to be determined in the second stage only if liability is

found. Plaintiffs do not agree to bifurcation as issues pertaining to liability overlap those pertaining to damages and bifurcation would be inefficient and impractical.

13. <u>Proposed Date For The Pretrial Conference</u>: The parties believe a pretrial conference should be scheduled after the completion of discovery and after the Court has ruled upon dispositive motions.

14. <u>Trial Date</u>: The parties believe that the matter should be set for trial at the pretrial conference.

Dated: June 13, 2007

Respectfully submitted,


/s/ George R.A. Doumar
George R. A. Doumar, Esq. (#26490)
Kellie M.L. Budd, Esq. (#72084)
George R. A. Doumar, PLLC`
2000 N. 14th Street, Suite 210
Arlington, VA 22201
Tel: 703-243-3737
Fax: 703-524-7610

ATTORNEYS FOR DEFENDANT
SUNSET POOLS MANAGEMENT, INC.

/s/ Mark J. Murphy
Robert H. Stropp, Jr. (#429737)
Mark Murphy (# 453060)
Mooney Green Baker & Saindon, P.C.
1920 L Street, NW
Suite 400
Washington, DC 20036
Phone: 202-783-0010

ATTORNEYS FOR PLAINTIFFS


/s/ John J. Rigby
John J. Rigby
D.C. Bar No. 255539
McInroy and Rigby L.L.P.
2200 Wilson Boulevard
Suite 800
Arlington, VA 22201
Tel: 703-841-1100
Fax: 703-841-1161

ATTORNEYS FOR DEFENDANT
SUNSET POOLS MANAGEMENT, INC.

/s/ Reuben Guttman
Reuben Guttman (#414781)
Wolf Haldenstein Adler
Freeman & Herz, LLC
1920 L Street, NW
Suite 400
Washington, DC 20036

ATTORNEYS FOR PLAINTIFFS

/s/ Joseph P. Harkins
Joseph P. Harkins, Esq.
Littler Mendelson, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036
Tel: 202.842.3400
Fax: 202.842.0011

ATTORNEYS FOR DEFENDANT INTERNATIONAL
TRAINING AND EXCHANGE, INC.

Firmwide:82568812.1 054310.1005