UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MIROSLAV IVANOV, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07cv410 (RJL) |
| ) | |
| SUNSET POOLS MANAGEMENT ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 28th day of November 2007, hereby

**ORDERED** that [#3] Intrax's motion to dismiss is DENIED and it is further

**ORDERED** that [#7,10] Sunset's motion to dismiss is DENIED and it is further

**ORDERED** that [#10] Arash Naderi's motion to dismiss is GRANTED as to Arash and Bita Naderi and DENIED as to Sunset.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge