IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIROSLAV IVANOV,** ) | |
| ) | |
| **VESELIN IVANOV** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Civil No.: 7-CV-00410** |
| ) | **Judge Leon** |
| ) | |
| v. ) | |
| ) | |
| **SUNSET POOLS MANAGEMENT, INC.** ) | |
| **ET, AL,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' JOINT STATUS REPORT

Pursuant to the court's scheduling order, Defendants submit the following Status Report:

Defendants provided a draft status report to Plaintiffs' counsel of record, Mark Murphy, but did not receive a response by close of business today, and so are filing a report representing both Defendants' positions, as follows.

The discovery deadline in this matter has expired.

The parties have broached the subject of possible settlement, and defense counsel has had a preliminary conversation relating thereto with Plaintiff's counsel Mr. Keegan, but the parties have not yet engaged in substantive settlement discussions.

In the meantime, Defendants intend to file summary judgment motions within thirty days.

Defendants submit that the case should be tried and resolved promptly, if necessary after decision on the Defendants' summary judgment motions.

Dated: December 21, 2007

Respectfully submitted,

/S/ George R. A. Doumar
George R. A. Doumar, Esq.
D.C. Bar No,. 415446
George R. A. Doumar, PLLC
2000 N. 14th Street, Suite 210
Arlington, VA 22201
Tel:  703-243-3737
Fax: 703-524-7610

ATTORNEYS FOR DEFENDANT
SUNSET POOLS MANAGEMENT, INC.


/s/  John J. Rigby
John J. Rigby
D.C. Bar No. 255539
McInroy and Rigby L.L.P.
2200 Wilson Boulevard
Suite 800
Arlington, VA  22201
Tel:  703-841-1100
Fax:  703-841-1161

ATTORNEYS FOR DEFENDANT
SUNSET POOLS MANAGEMENT, INC.


/s/  Joseph P. Harkins
Joseph P. Harkins, Esq.
Littler Mendelson, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036
Tel: 202.842.3400
Fax: 202.842.0011

ATTORNEYS FOR DEFENDANT INTERNATIONAL
TRAINING AND EXCHANGE, INC.

Firmwide:82568812.1 054310.1005

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2007, I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system which will send notifications of each filing to the following counsel of record:

>Mark Murphy, Esq.
>Mooney Green Baker & Saindon, P.C.
>1920 L Street, NW
>Suite 400
>Washington, D.C.  20036
>
>Counsel for Plaintiffs
>
>Joseph P. Harkins, Esq.
>Littler Mendelson, P.C.
>1150 17th Street, NW
>Suite 900
>Washington, DC 20036
>
>Counsel for Defendant Intrax
>
>John J. Rigby
>McInroy and Rigby
>2200 Wilson Boulevard
>Suite 800
>Arlington, VA  22201
>
>Co-Counsel for Defendant Sunset

I also caused a copy to be served by first-class mail on December 21, 2007, upon the following counsel:

>Reuban Guttman, Esq.
>Wolf, Haldenstein, Adler, Freeman & Herz, L.L.C.
>1920 L Street, N.W., Suite 500
>Washington, D.C. 20036

Kris Keegan, Esq.
10027 Sinnot Drive
Bethesda, MD 20817

Counsel for Plaintiffs


                                        s/ George R. A. Doumar
                                        _____
                                        George R. A. Doumar, Esq.
                                        D.C. Bar No,. 415446
                                        George R. A. Doumar, PLLC
                                        2000 N. 14th Street, Suite 210
                                        Arlington, VA 22201
                                        Tel:  703-243-3737
                                        Fax: 703-524-7610