UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Miroslav Ivanov, et al.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**Sunset Pools Management, Inc., et al.,**<br><br>    **Defendant.** | **Case No. 07cv00410-RJL** |

### CONSENT MOTION TO EXTEND TIME FOR FILING DISPOSITIVE MOTIONS

Defendants International Training and Exchange, Inc. and Sunset Pools Management, Inc. and ("Defendants"), hereby submit this Consent Motion to Extend Time for Filing Dispositive Motions ("Consent Motion"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7 (m), and in light of the recently-filed Status Report [Dkt. 26].

Defendants noted that they each intended to file dispositive motions within 30 days. However, due to client and counsel schedules, Defendants respectfully request a brief extension of time to file their respective dispositive motions until Friday, February 5, 2008.

Counsel for all parties have consented to the relief requested herein.

For the reasons stated above, and for good cause shown, the parties respectfully request that the Court grant this Consent Motion, and extend the deadlines to the dates contained in the attached Proposed Order.

Dated: January 17, 2008

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/
Joseph P. Harkins (Fed. Bar No. 14007)
1150 17th Street, N.W.
Suite 900
Washington, DC 20036
(202) 842-3400 Telephone
(202) 842-0011 Facsimile

Attorneys for Defendant International Training and Exchange, Inc.

Case 1:07-cv-00410-RJL   Document 27   Filed 01/17/2008   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January 2008, the foregoing Consent Motion to Extend Deadlines, and Proposed Order will be served through electronic mail, via ECF filing, upon the following:

>Mark Murphy, Esq.
>Mooney Green Baker & Saindon, P.C.
>1920 L Street, NW
>Suite 400
>Washington, DC  20036
>
>Counsel for Plaintiffs
>
>John J. Rigby, Esq.
>McInroy & Rigby, L.L.P.
>2200 Wilson Blvd., Suite 800
>Arlington, Virginia  22201
>
>George R.A. Doumar, Esq.
>George R.A. Doumar, PLLC
>2000 N. 14th Street, Suite 210
>Arlington, VA  22201
>
>Counsel for Defendants Sunset Pools
>Management, Inc. and Arash Naderi

>                          /s/
>                Joseph P. Harkins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Miroslav Ivanov, et al.,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**Sunset Pools Management, Inc., et al.,**<br><br>            **Defendant.** | Case No. 07cv00410-RJL |

## PROPOSED ORDER

Upon consideration of the Consent Motion to Extend Time to File Dispositve Motions, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and that the deadline for filing dispostive motions is extended until on or before February 5, 2008.

Date: _____

_____
Richard J. Leon
United States District Judge