UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Miroslav Ivanov, et al.,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**Sunset Pools Management, Inc., et al.,**<br><br>   **Defendant.** | Case No. 1:07-cv-410 |

## NOTICE OF APPEARANCE

Steven E. Kaplan of the law firm of Littler Mendelson, P.C. respectfully files this Notice of Appearance on behalf of Defendant International Training and Exchange, Inc ("Intrax") in the above-captioned action.  Steven Kaplan will become co-counsel for Defendant, along with Joseph P. Harkins, who has already entered his appearance in this matter.

Dated:  February 4, 2008

Respectfully submitted,

LITTLER MENDELSON

By:  _____/s/   Steven E. Kaplan_____
Joseph P. Harkins (Fed. Bar. No. 14007)
Steven E. Kaplan (Fed. Bar No. 492408)
1150 17th Street N.W., Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
JHarkins@littler.com
SKaplan@littler.com

Counsel for Intrax

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February 2008, a copy of the foregoing Notice of Appearance was served electronically upon:

>Mark Murphy, Esq.
>Mooney Green Baker & Saindon, P.C.
>1920 L Street, NW
>Suite 400
>Washington, DC  20036
>
>Counsel for Plaintiffs
>
>John J. Rigby, Esq.
>McInroy & Rigby, L.L.P.
>2200 Wilson Blvd., Suite 800
>Arlington, Virginia  22201
>
>George R.A. Doumar, Esq.
>George R.A. Doumar, PLLC
>2000 N. 14th Street, Suite 210
>Arlington, VA  22201
>
>Counsel for Defendants Sunset Pools
>Management, Inc. and Arash Naderi

                                                          /s/
_____