IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIROSLAV INVANOV, et al.**<br><br>    **Plaintiffs**<br>  v.<br><br>**SUNSET POOLS MANAGEMENT INC.,** et al.<br><br>    **Defendants** | No. 07-CV-00410 (RJL) |

**UNOPPOSED MOTION FOR
EXTENSION OF TIME**

Plaintiffs, by their undersigned counsel hereby move for an extension of time for the parties to file brief in opposition to the pending motions for summary judgment. In support of this request, Plaintiffs state the following:

1. The parties filed motions for summary judgment on February 5, 2008.

2. Presently memoranda in opposition to the pending summary judgment motions are due to be filed with the Court on or before February 19, 2008.

3. Due to scheduling conflicts in another case, Plaintiffs' counsel seeks a one week extension of this filing deadline to Tuesday, February 26, 2008.

4. Plaintiffs' counsel has consulted with counsel for Defendants concerning this request. Defendants' counsel have granted their consent to this request for an extension of time.

    Accordingly, Plaintiffs respectfully request that the Court grant this motion and provide an additional one week, until February 26, 2008, for the filing of opposition briefs to the parties' pending summary judgment motions.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Mark J. Murphy, Bar No. 453060
                                            Mooney, Green, Baker & Saindon, P.C.
                                            1920 L Street, N.W., Suite 400
                                            Washington, DC 20036
                                            (202) 783-0010
                                            (202) 783-6088 - fax

                                            Counsel for Plaintiffs

Date:   February 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIROSLAV INVANOV, et al.**<br><br>             **Plaintiffs**<br>     v.<br><br>**SUNSET POOLS MANAGEMENT INC.,** et al.<br>             **Defendants** | No. 07-CV-00410 (RJL) |

**ORDER**

Upon consideration of Plaintiffs' unopposed motion for extension of time, it is hereby ORDERED that the motion is GRANTED. The parties shall file any opposition briefs to the pending motions for summary judgment by February 26, 2008.

_____
Judge
United States District Court
United States District Court for the
  District of Columbia

Date:  _____

Serve:

Mark J. Murphy, Esq
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W.
Suite 400
Washington, D.C. 20036

Counsel for Plaintiffs


Joseph P. Harkins, Esq.
Little Mendelson, P.C.
1150 17th Street, N.W.
Suite 900
Washington, D.C.

Counsel for Defendant INTRAX


George R.A. Doumar, Esq.
George R.A. Doumar, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22201

John J. Rigby, Esq.
McInroy and Rigby, L.L.P.
2200 Wilson Blvd.
Suite 800
Arlington, VA 22201

Counsel for Defendant Sunset Pools Management, Inc.