UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIROSLAV IVANOV, *et al.*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) | Civ. Action No. 07cv410 (RJL) |
| SUNSET POOLS MANAGEMENT )<br>INC., *et al.*, )<br>)<br>Defendants. ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 28th day of July 2008, hereby

**ORDERED** that [#29] Intrax's motion for summary judgment is GRANTED; and it is further

**ORDERED** that [#31] Sunset's motion for summary judgment is GRANTED; and it is further

**ORDERED** that [#30] plaintiffs Miroslave Ivanov's and Veselin Ivanov's motion for summary judgment is DENIED; and it is further

**ORDERED** that judgment is entered in favor of defendants.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge